AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

FILED-CLERK
U.S. DISTRICT COURT
2007 MAY 30 AM 8:23
TX EASTERN-MARSHALL
BY

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Eastern District - MARSHALL__ on the following ☑ Patents or ☐ Trademarks:

| DOCKET NO. 2:07cv216 | DATE FILED 5/30/2007 | U.S. DISTRICT COURT Eastern District - MARSHALL |
|---|---|---|
| PLAINTIFF<br>Certicom Corporation, et al. | | DEFENDANT<br>Sony Corporation, et al. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,563,928 | 5/13/2003 | Certicom Corporation and Certicom Patent Holding Corp. |
| 2 | 6,704,870 | 3/9/2004 | Certicom Corporation and Certicom Patent Holding Corp. |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK<br>DAVID MALAND, CLERK | (BY) DEPUTY CLERK<br>E. Smith | DATE<br>5/30/07 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

Dockets.Justia.com