2-1-2617

**Appendix K**                      Revised: 12/3/03

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
_Civil_ DIVISION
APPLICATION TO APPEAR PRO HAC VICE

FILED-CLERK
U.S. DISTRICT COURT
2007 JUN -4 AM 10: 59
EASTERN-MARSHALL
BY_____

1. This application is being made for the following: Case # __2-07CV-51__
Style: __Certicom Corp et al. v. Sony Corp, et al.__
2. Applicant is representing the following party/ies:
__Certicom Corp. and Certicom Patent Holdings Corp.__
3. Applicant was admitted to practice in __MA__ (state) on __6/2/2003__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court
5. Applicant is not currently suspended or disbarred in any other court
6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language) If so, give complete information on a separate page.
7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle) If so, give complete information on a separate page.
8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you Omit minor traffic offenses
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
__USDC Massachusetts__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d))
14. Applicant understands that (he)/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, __CHRISTOPHER PAUL CARROLL__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States

Date __5/30/2007__        Signature __Chris Paul Carroll__

Name (please print) CHRISTOPHER PAUL CARROLL
State Bar Number MA BBO #: 656517
Firm Name: ROPES & GRAY, LLP
Address/P.O. Box: One International Place
City/State/Zip: Boston, MA 02110-2624
Telephone #: 617-951-7756
Fax #: 617-951-7050
E-mail Address: ccarroll@ropesgray.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 4 day of June, 2007

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

# Receipt for Payment

Receipt No: 2-1-0002617

## United States District Court

for the
Eastern District of Texas at Marshall

Date: **Monday, June 4, 2007**

Received from:

**ROTH LAW FIRM**

**MARSHALL, TX**

| Account | Amount |
|---|---|
| 6855XX | $125.00 |
| **Total** | **$125.00** |

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

Payment method: Check

Case or other reference: **2:07cv216 PHV (5)**

Comments: **CK 20623 Carroll Morgan Raymond Traupman Rogers**

Received by: **pa**