2-1-2617

FILED-CLERK
U.S. DISTRICT COURT
2007 JUN -4 AM 10:59
TX EASTERN-MARSHALL

**Appendix K**  Revised: 12/3/03

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# <u>MARSHALL</u> DIVISION
# APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # <u>2-07CV-216</u>

   Style: <u>Certicom Corp. et al. v. Sony Corp. et al.</u>

2. Applicant is representing the following party/ies:

   <u>Certicom Corp./Certicom Patent Holding Corp.</u>

3. Applicant was admitted to practice in <u>NY, CA</u> (state) on <u>10/02/73, 06/87</u> (date)

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/**has not** had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/**has not** ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/**has not** been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:

    <u>NY Supreme Ct., Cal. St. Ct., Eastern and Southern Districts of NY, Northern and Southern Districts of CA, , U.S. Supreme Ct, U.S. Ct. of Appeals for the Federal Circuit</u>

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d))

14. Applicant understands that **he**/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, <u>Robert C. Morgan</u> do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date <u>6/1/07</u>    Signature <u>Robert C Morgan</u>

dockets.Justia.com

Name (please print) Robert C. Morgan
State Bar Number RM0245 (NY), 46348 (CA)
Firm Name: Ropes & Gray LLP
Address/P.O. Box: 1211 Avenue of the Americas
City/State/Zip: New York, NY 10036-8704
Telephone #: 212-596-9000
Fax #: 212-596-9090
E-mail Address: robert.morgan@ropesgray.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 4 day of June, 2007.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

2

# Receipt for Payment

Receipt No: 2-1-0002617

## United States District Court

for the
Eastern District of Texas at Marshall

Date: Monday, June 4, 2007

Received from:

**ROTH LAW FIRM**
**MARSHALL, TX**

| Account | Amount |
|---------|--------|
| 6855XX  | $125.00 |
| | |
| **Total** | **$125.00** |

| Account | Description |
|---------|-------------|
| 085000  | Attorney Admission Fees |
| 086400  | New Case Fee |
| 086900  | Filing Fees |
| 121000  | Conscience Fund |
| 129900  | Gifts |
| 143500  | Interest |
| 322340  | Sale of Publications |
| 322350  | Copy Fees |
| 322360  | Miscellaneous Fees |
| 322380  | Recoveries of Court Costs |
| 322386  | Cost of Prosecution |
| 504100  | Crime Victims Fund |
| 508800  | Immigration Fees |
| 510000  | Civil Filing Fee (1/2) |
| 5100PL  | Partial Filing Fee (PLRA) |
| 510100  | Registry Fee |
| 604700  | Registry Funds/General and Special Funds |
| 613300  | Unclaimed Monies |
| 6855XX  | Deposit Funds |

Payment method: Check
Case or other reference: 2:07cv216 PHV (5)
Comments: CK 20623 Carroll Morgan Raymond Traupman Rogers

Received by: **pa**