Certicom Corporation et al v. Sony Corporation et al											Doc. 6

Appendix K									Revised: 12/3/03

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# Marshall DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

FILED-CLERK
U.S. DISTRICT COURT
2007 JUN -4 AM 10: 59
TX EASTERN-MARSHALL
BY_____

1. This application is being made for the following: Case # 2-07-CV-216
Style: Certicom Corp. and Certicom Patent Holding Corp v. Sony Corporation, et al

2. Applicant is representing the following party/ies: Certicom Corp. and Certicom Patent Holding Corp.

3. Applicant was admitted to practice in MA (state) on 12/1/2005 (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/**has not** had an application for admission to practice before another court denied (please circle appropriate language) If so, give complete information on a separate page.

7. Applicant has/**has not** ever had the privilege to practice before another court suspended (please circle) If so, give complete information on a separate page

8. Applicant has/**has not** been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
U.S. Court of Appeals for the Federal Circuit

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/**she** is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Megan Raymond do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 5/30/07           Signature Megan Raymond

Dockets.Justia.com

Name (please print) Megan Raymond
State Bar Number 663296
Firm Name: Ropes & Gray LLP
Address/P.O. Box: 700 12th St, NW Suite 900
City/State/Zip: Washington, DC 20005-3948
Telephone #: 202-508-4741
Fax #: 202-383-8347
E-mail Address: megan.raymond@ropesgray.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 4 day of June, 2007

        David J. Maland, Clerk
        U.S. District Court, Eastern District of Texas

By    _____
        Deputy Clerk

# Receipt for Payment

Receipt No: 2-1-0002617

## United States District Court

for the
Eastern District of Texas at Marshall

Date: Monday, June 4, 2007

Received from:

**ROTH LAW FIRM**

**MARSHALL, TX**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $125.00 |
| **Total** | **$125.00** |

Payment method: Check

Case or other reference: 2:07cv216 PHV (5)

Comments: CK 20623 Carroll Morgan Raymond Traupman Rogers

Received by: pa