**Appendix K**

2-1-2617

*FILED U.S. DISTRICT CLERK*
*2007 JUN -4 AM 11: 00*
*TX EASTERN-MARSHALL*
*BY _____*

Revised: 12/3/03

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # _____2-07CV-216_____

   Style: Certicom Corp. and Certicom Patent Holding Corp. v. Sony Corporation, Sony Corporation of America, Sony Computer Entertainment Inc., Sony Computer Entertainment America Inc., Sony Pictures Entertainment Inc., Sony Electronics Inc. and Sony DADC US Inc.

2. Applicant is representing the following party/ies:

   Certicom Corp. and Certicom Patent Holding Corp.

3. Applicant was admitted to practice in __NY__ (state) on __May 5, 1976__ (date)

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant **has**/has not had an application for admission to practice before another court denied (please circle appropriate language) If so, give complete information on a separate page.

7. Applicant has/**has not** ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/**has not** been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle) If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:

    SDNY (1976), EDNY (1976), Federal Circuit (1983), U.S. Supreme Court (1999), U.S. Federal Claims (2005), District of Colorado (2006)

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that **he**/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Laurence S. Rogers do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will

3399301_1.DOC

demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States

Date 6/1/07          Signature _Laurence S Rogers_

        Name (please print) __Laurence S. Rogers__
        State Bar Number __N/A__
        Firm Name: __Ropes & Gray LLP__
        Address/P.O. Box: __1211 Avenue of the Americas__
        City/State/Zip: __New York, NY 10036-8704__
        Telephone #: __(212) 596-9000__
        Fax #: __(212) 596-9090__
        E-mail Address: __laurence.rogers@ropesgray.com__

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 4 day of _June_, 2007.

        David J. Maland, Clerk

        U.S. District Court, Eastern District of Texas

By _____
        Deputy Clerk

# Receipt for Payment

Receipt No: 2-1-0002617

## United States District Court

for the
Eastern District of Texas at Marshall

Date: **Monday, June 4, 2007**

Received from:

**ROTH LAW FIRM**

**MARSHALL, TX**

| Account | Amount |
|---|---|
| 6855XX | $125.00 |
| **Total** | **$125.00** |

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

Payment method: Check

Case or other reference: 2:07cv216 PHV (5)

Comments: CK 20623 Carroll Morgan Raymond Traupman Rogers

Received by: **pa**