Certicom Corporation et al v. Sony Corporation et al Doc. 14

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

CERTICOM CORP. AND CERTICOM PATENT HOLDING CORP.,

Plaintiffs,

v.

SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY ELECTRONICS INC. AND SONY DADC US INC.

Defendants.

Civil Action No. 2:07-CV-00216-TJW

JURY

**JOINT MOTION FOR EXTENSION OF TIME**

Plaintiffs, Certicom Corp. and Certicom Patent Holding Corp. (collectively “Certicom”) and Defendants, Sony Corporation, Sony Corporation of America, Sony Computer Entertainment Inc., Sony Computer Entertainment America Inc., Sony Pictures Entertainment Inc., Sony Electronics Inc., and Sony DADC US Inc. (the “Sony entities”), hereby jointly move for an extension of time until August 31, 2007 for all of the Sony entities to file their Answer or otherwise respond to Certicom’s Complaint.

Pursuant to the Stipulations attached to this motion, the parties have agreed through their counsel that Sony Corporation and Sony Computer Entertainment Inc., both of whom are Japanese corporations, have agreed to waive service of a summons and any objections regarding the sufficiency of service of process in this action and, based on that agreement, Plaintiffs have

Dockets.Justia.com

agreed to an extension of time for all of the Sony entities to Answer or otherwise respond until **August 31, 2007.** The parties therefore jointly move for an extension of time.

Dated: June 19, 2007

Respectfully submitted,

**PLAINTIFFS**

By: ***/s/ Robert C. Morgan** by permission Melvin R. Wilcox, III*
Robert C. Morgan
Laurence S. Rogers
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036-8704
Tel: (212) 596-9000

THE ROTH LAWFIRM
Carl R. Roth
Texas Bar No. 17312000
Michael C. Smith
Texas Bar No. 18650410
115 N. Wellington, Suite 200
Texas Bar No. 18650410
Marshall, Texas 75670
Tel: (903) 935-1665
Fax: (903) 935-1797

*Attorneys for Plaintiffs Certicom Corp and Certicom Patent Holding Corp.*

**DEFENDANTS**

By: ***/s/ Melvin R. Wilcox, III***
Melvin R. Wilcox, III
Texas Bar No. 21454800
SMEAD ANDERSON & DUNN LLP
2110 Horseshoe Lane
Longview, Texas 75605
Tel: (903) 232-1892
Fax: (903) 232-1881
Email: mrw@smeadlaw.com

John Flock
Michelle Carniaux
KENYON & KENYON LLP
One Broadway
New York, N.Y. 10004-1007
Tel: (212) 425-7200

*Attorneys for Defendants Sony Corporation, Sony Corporation of America, Sony Computer Entertainment America Inc., Sony Pictures Inc., Sony Computer Entertainment Entertainment Inc., Sony Electronics Inc., and Sony DADC US Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 19th day of June 2007.

*/s/ Melvin R. Wilcox, III*
MELVIN R. WILCOX, III