IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

|  |  |  |
|---|---|---|
| CERTICOM CORP. AND CERTICOM PATENT HOLDING CORP., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 2:07-CV-00216-TJW |
| SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY ELECTRONICS INC. AND SONY DADC US INC. | ) ) ) ) ) ) ) ) ) ) | JURY |
| Defendants. | ) ) | |

## ORDER APPROVING STIPULATIONS AND
## GRANTING JOINT MOTION FOR EXTENSION OF TIME

Before the Court are Plaintiffs Certicom Corp. and Certicom Patent Holding Corp. (collectively "Certicom") and Defendants, Sony Corporation, Sony Corporation of America, Sony Computer Entertainment Inc., Sony Computer Entertainment America Inc., Sony Pictures Entertainment Inc., Sony Electronics Inc., and Sony DADC US Inc. (the "Sony entities"), Stipulations regarding waiver of service of summons and Joint Motion For Extension of Time until August 31, 2007 for all of the Sony entities to file their Answer or otherwise respond to Certicom's Complaint and the Court having considered same is of the opinion it should be granted. It is therefore,

NY01 1368132 v1

ORDERED that the Stipulations of Certicom and the Sony entities are approved and the date for all Sony entities to answer or otherwise respond to Certicom's Complaint is hereby extended to **August 31, 2007.**

SIGNED this 25th day of June, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE