UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: <u>Michelle Carniaux</u>
Case # <u>2:07cv-00216 (TJW)</u>
Style: <u>Certicom Corp. and Certicom Patent Holding Group v. Sony Computer Entertainment, Inc.</u>
2. Applicant is representing the following part(ies):
<u>Sony Corporation, Sony Corporation of America, Sony Computer Entertainment Inc., Sony Computer Entertainment America Inc., Sony Pictures Entertainment Inc., Sony Electronics Inc., and Sony DADC US Inc.</u>
3. Applicant was admitted to practice in <u>New York</u> (state) in <u>1994</u> (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/<u>has not</u> had an application for admission to practice before another court denied (please circle appropriate language) If so, give complete information on a separate page.
7. Applicant has/<u>has not</u> ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/<u>has not</u> been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant
11 Applicant has been admitted to practice in the following courts: <u>Supreme Court of New York, U.S. District Court for the Eastern District of New York, and U.S. District Court for the Southern District of New York.</u>
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13 Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/<u>she</u> is being admitted for the limited purpose of appearing in the case specified above only

**Application Oath:**

I, <u>Michelle Carniaux</u>, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date: June 21, 2007          Signature _____

Name (please print): <u>Michelle Carniaux</u>
State Bar Number: 2596120
Firm Name: <u>Kenyon & Kenyon LLP</u>
Address/P.O. Box: <u>One Broadway</u>
City/State/Zip: <u>New York, NY 10004</u>
Telephone #: <u>(212) 425-7200</u>
Fax #: <u>(212) 425-5288</u>
E-mail Address: <u>mcarniaux@kenyon.com</u>

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this ___11th___ day of ___July___, 2007.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____C. Hinton_____
Deputy Clerk

# Receipt for Payment

Receipt No: 2-1-0002771

## United States District Court

for the

Eastern District of Texas at Marshall

Date: Wednesday, July 11, 2007

Received from:

**Melvin R. Wilcox**
**P.O. Box 3343**
**Longview, Tx 75606**

| Account | Amount |
|---|---|
| 6855XX | $50.00 |
| **Total** | **$50.00** |

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

Payment method: **Check**
Case or other reference: **2:07-cv-216**
Comments: **Ck# 1107 PHV for Carniaux, Flock**

Received by: **pa**