# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CERTICOM CORPORATION. and CERTICOM PATENT HOLDING CORPORATION<br><br>*Plaintiffs*,<br><br>*vs.*<br><br>SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY ELECTRONICS INC. and SONY DADC US INC.<br><br>*Defendants.* | Civil Action No.: 2:07CV216 TJW<br><br>JURY |

## RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT
## SONY CORPORATION OF AMERICA

Pursuant to Fed. R. Civ. P. 7.1, defendant Sony Corporation of America, through its attorneys, declares that Sony Corporation of America is a wholly-owned, indirect subsidiary of Sony Corporation. Sony Corporation is a Japanese Corporation whose common stock trades principally on the Tokyo Stock Exchange and whose American Depository Receipts related to its common stock are traded on the New York Stock Exchange. Sony Corporation of America has no

additional corporate or other parents, subsidiaries, affiliates, securities or other interests which are publicly held or traded on an American stock exchange.

Respectfully Submitted,

Dated: August 31, 2007         By: */s/ Melvin R. Wilcox, III*
MELVIN R. WILCOX, III
Lead Attorney
State Bar No. 21454800
Smead, Anderson & Dunn LLP
2110 Horseshoe Lane
PO Box 3343
Longview, Texas 75606
(903) 232-1892
(903) 232-1881 (fax)
mrw@smeadlaw.com

John Flock
Michelle Carniaux
KENYON & KENYON LLP
One Broadway
New York, New York 10004-1050
(212) 425-7200
(212) 425-5288 (fax)
*Attorneys for Defendant*
Sony Corporation of America

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service on this the 31st day of August, 2007. Local Rule CV-5(a)(3)(A).

*/s/ Melvin R. Wilcox, III*
MELVIN R. WILCOX, III