IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CERTICOM CORPORATION and CERTICOM PATENT HOLDING CORPORATION<br><br>*Plaintiffs*,<br><br>*vs.*<br><br>SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY ELECTRONICS INC. and SONY DADC US INC.<br><br>*Defendants.* | Civil Action No.: 2:07CV216 TJW<br><br>JURY |

### RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT
### SONY COMPUTER ENTERTAINMENT INC.

Pursuant to Fed. R. Civ. P. 7.1, defendant Sony Computer Entertainment Inc., through its attorneys, declares that Sony Computer Entertainment Inc. is a Japanese corporation and a wholly-owned subsidiary of Sony Corporation. Sony Corporation is a Japanese corporation whose common stock trades principally on the Tokyo Stock Exchange and whose American Depository Receipts related to its common stock are traded on the New York Stock Exchange. Sony Computer

Entertainment Inc. does not have any subsidiaries or affiliates that are publicly held.

                                        Respectfully Submitted,

Dated: August 31, 2007         By: */s/ **Melvin R. Wilcox, III***
                                        MELVIN R. WILCOX, III
                                        Lead Attorney
                                        State Bar No. 21454800
                                        Smead, Anderson & Dunn LLP
                                        2110 Horseshoe Lane
                                        PO Box 3343
                                        Longview, Texas 75606
                                        (903) 232-1892
                                        (903) 232-1881 (fax)
                                        mrw@smeadlaw.com

                                        John Flock
                                        Michelle Carniaux
                                        KENYON & KENYON LLP
                                        One Broadway
                                        New York, New York 10004-1050
                                        (212) 425-7200
                                        (212) 425-5288 (fax)
                                        *Attorneys for Defendant*
                                        Sony Corporation of America

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service on this the 31st day of August, 2007. Local Rule CV-5(a)(3)(A).

*/s/ Melvin R. Wilcox, III*
MELVIN R. WILCOX, III