IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CERTICOM CORPORATION, ET AL. | § | |
| | § | |
| V. | § | CIVIL NO. 2:07-CV-216(TJW) |
| | § | |
| SONY CORPORATION, ET AL. | § | |

# O R D E R

This case is set for a status conference in Marshall, Texas, on January 8, 2008, at 9:30 a.m.,
before the Honorable T. John Ward and the Honorable Chad Everingham.  The purpose of the
conference will be to assign a claim construction hearing date and a trial setting.  The parties shall
be prepared to inform the Court whether they will consent to trial before the Magistrate Judge.

SIGNED this 11th day of December, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE