IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CERTICOM CORPORATION, ET AL. | § | |
| | § | |
| V. | § | CIVIL NO. 2:07-CV-216(TJW) |
| | § | |
| SONY CORPORATION, ET AL. | § | |

**O R D E R**

    The parties shall submit their proposed docket control and discovery orders to the court on January 22, 2007. If the parties are unable to resolve their disagreements concerning these orders, the parties shall submit to the court their competing proposals along with a summary of their disagreements. For purposes of computing the time deadlines under the local patent rules, the court deems February 5, 2007 to be the date of the initial case management conference. As a result, the "Disclosure of Asserted Claims and Infringement Contentions" is due on February 19, 2007.

    SIGNED this 9th day of January, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE