## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| CERTICOM CORP. and CERTICOM PATENT HOLDING CORP., ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No. 2-07-CV-216 (TJW) |
| SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY ELECTRONICS INC. and SONY DADC US INC. ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF FILING OF PROPOSED DOCKET CONTROL ORDER AND DISCOVERY ORDER

Pursuant to the Judge's Instructions (Dkt No. 29), submitted herewith are a proposed docket control order and proposed discovery order, that have been approved b y counsel for the defendants.

Dated: January 22, 2008                          ROPES & GRAY LLP

                                                  By: /s/ Matthew A. Traupman
                                                       Robert C. Morgan
                                                       Laurence S. Rogers
                                                       Matthew A. Traupman
                                                       1211 Avenue of the Americas
                                                       New York, New York 10036-8704
                                                       Tel.: (212) 596-9000

                                                       THE ROTH LAW FIRM
                                                       Carl R. Roth
                                                       Texas Bar No. 17312000
                                                       115 N. Wellington, Suite 200
                                                       Marshall, Texas 75670
                                                       Telephone: (903) 935-1665
                                                       Facsimile: (903) 935-1797

                                                       *Attorneys for Plaintiffs Certicom Corp. and*
                                                       *Certicom Patent Holding Corp.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 22nd day of January, 2008. Any other counsel of record will be served by facsimile transmission and/or first class mail.

                                                        /s/ Matthew A. Traupman
                                                           Matthew A. Traupman