# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CERTICOM CORP. ET AL., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Case No. 2:07-CV-216 (TJW) |
| § | |
| SONY CORPORATION, ET AL., § | |
| § | |
| Defendants. § | |

## NOTICE OF APPEARANCE

The following designated attorney hereby enters an appearance as additional counsel of record for Plaintiffs Certicom Corp. and Certicom Patent Holding Corp., and is authorized to receive service on all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Plaintiffs.

Amanda A. Abraham
State Bar No. 24055077
THE ROTH LAW FIRM
115 N. Wellington, Suite 200
Marshall, Texas 75670
Telephone: (903) 935-1665
Facsimile: (903) 935-1797
Email: aa@rothfirm.com

Respectfully submitted,

By: *Amanda A. Abraham*
AMANDA A. ABRAHAM
State Bar No. 24055077
115 Wellington, Suite 200
Marshall, Texas 75670
aa@rothfirm.com
Phone: (903) 935-1665
Fax:    (903) 935-1797

**ATTORNEY FOR PLAINTIFFS**

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 20th day of February, 2008. Any other counsel of record will be served by facsimile transmission and/or first class mail.

.

_Amanda A. Abraham_