UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CERTICOM CORP. ET AL., )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>SONY CORPORATION, ET AL., )<br>    Defendant. ) | Civil Action No. 2:07-cv-216 (TJW) |

## MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE JUDGE OF THIS COURT:

NOW COMES Michael C. Smith, and respectfully moves to be permitted to withdraw as counsel for Plaintiffs Certicom Corp. and Certicom Patent Holding Corp. in the above styled case and as grounds therefore do respectfully show the Court as follows.

Plaintiff is represented in this proceeding by other able counsel, and the withdrawal will have no detrimental impact on the client or its representation in this case, and will occasion no delay in the proceedings.

WHEREFORE, ALL PREMISES CONSIDERED Michael C. Smith respectfully moves this Court to permit him to withdraw from representation of Plaintiff Certicom Corp. and Certicom Patent Holding Corp. in this case.

    Respectfully submitted

By: _____
    Michael Smith
    Texas Bar No. 18650410
    Siebman, Reynolds, Burg, Phillips & Smith, LLP
    713 South Washington Avenue
    Marshall, Texas 75670
    Office: (903) 938-8900
    (Fax): (972) 767-4620
    michaelsmith@siebman.com

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission on this 22nd day of February, 2008.

                                                                      /s/