Certicom Corporation et al v. Sony Corporation et al — Doc. 34

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Shahar Harel
Case # 2:07cv216
Style: Certicom Corp. et al. vs. Sony Corporation, et al.
2. Applicant is representing the following part(ies):
Sony Corporation, Sony Corporation of America, Sony Computer Entertainment Inc., Sony Computer Entertainment America, Sony Pictures Entertainment Inc., Sony DADC US Inc. and Sony Electronics Inc.
3. Applicant was admitted to practice in _New York_ (state) in _January 29, 2008_ (date)
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/<u>has not</u> had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/<u>has not</u> ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/<u>has not</u> been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts: ___State of New York___

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/<u>she</u> is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Shahar Harel, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date: February 28, 2008      Signature _[signature]_

Dockets.Justia.com

Name (please print): Shahar Harel
State Bar Number: 4573192
Firm Name: Kenyon & Kenyon LLP
Address/P.O. Box: One Broadway
City/State/Zip: New York, NY 10004
Telephone #: (212) 908-6025
Fax #: (212) 425-5288
E-mail Address: sharel@kenyon.com


Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this ___10___ day of _Mar_, 2008

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

# Receipt for Payment

Receipt No: 2-1-0003583

## United States District Court

for the

Eastern District of Texas at Marshall

Date: **Monday, March 10, 2008**

Received from:

**YARBROUGH WILCOX**
**TYLER, TX**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: **Check**
Case or other reference: **2:07cv216 PHV Harel**
Comments: **ck 150**

Received by: **pa**