IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CERTICOM CORP. and CERTICOM PATENT HOLDING CORP., <br><br> Plaintiffs, <br><br> v. <br><br> SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY ELECTRONICS INC. and SONY DADC US INC. <br><br> Defendants. | Civil Action No. 2-07CV-216-TJW <br><br> JURY |

## CERTICOM'S NOTICE OF COMPLIANCE WITH P.R. 3-1 & 3-2

Pursuant to P.R. 3-1(g), plaintiffs Certicom Corp. and Certicom Patent Holding Corp. hereby certify that they have complied with P.R. 3-1 and 3-2.

Dated: March 11, 2008

ROPES & GRAY LLP

By: _____
Robert C. Morgan
Laurence S. Rogers
Matthew A. Traupman
1211 Avenue of the Americas
New York, New York 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

James E. Hopenfeld
One Metro Center
700 12th St., N.W.
Washington, DC 20005
Telephone: (202) 508-4600
Facsimile: (202) 508-4650

THE ROTH LAW FIRM
Carl R. Roth
Texas Bar No. 17312000
Brendan C. Roth
Texas Bar No. 24040132
Amanda A. Abraham
Texas Bar No. 24055077
115 N. Wellington, Suite 200
Marshall, Texas 75670
Telephone: (903) 935-1665
Facsimile: (903) 935-1797

*Attorneys for Plaintiffs Certicom Corp. and Certicom Patent Holding Corp.*