IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CERTICOM CORP. AND CERTICOM PATENT HOLDING CORP., <br><br> Plaintiffs, <br><br> v. <br><br> SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY ELECTRONICS INC. AND SONY DADC US INC. <br><br> Defendants. | Civil Action No. 2:07-CV-216-TJW <br><br> JURY |

## NOTICE OF COMPLIANCE
## (INITIAL DISCLOSURES)

Please take notice that, pursuant to Local Rule CV-26(c), defendants Sony Corporation ("SC"), Sony Corporation of America ("SCA"), Sony Computer Entertainment Inc. ("SCEI"), Sony Computer Entertainment America Inc. ("SCEA"), Sony Pictures Entertainment Inc. ("SPE"), Sony Electronics Inc. ("SEL"), and Sony DADC US Inc. ("DADC US") by and through their undersigned counsel, certifies that all parties of record have been furnished its Initial Disclosures (Fed. R. Civ. P. 26(a)) on March 11, 2008.

DATED: March 11, 2008  Respectfully submitted,

                                   ***/s/ Melvin R. Wilcox, III***
                                   MELVIN R. WILCOX, III
                                   State Bar No. 21454800
                                   YARBROUGH ♦ WILCOX, PLLC
                                   100 E. Ferguson St., Suite 1015
                                   Tyler, Texas 75702
                                   903.595.3111
                                   903.595.1133 [Direct]
                                   Fax: 903.595.0191
                                   mrw@yw-lawfirm.com

OF COUNSEL:
John Flock
Michelle Carniaux
KENYON & KENYON LLP
One Broadway
New York, New York 10004-1050
(212) 425-7200
(212) 425-5288 (fax)

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 11th day of March, 2008.

                                   */s/ Melvin R. Wilcox, III*
                                   MELVIN R. WILCOX, III