## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT COURT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **CERTICOM CORP. ET AL.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Civil Action No. 2:07-cv-216(TJW) |
| | ) |
| **SONY CORPORATION, ET AL.,** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

On this day came for consideration the Motion by Michael C. Smith to Withdraw as Counsel for Plaintiff Certicom Corp. and Certicom Patent Holding Corp. The Court is of the opinion that the motion should be granted. It is, therefore,

ORDERED that Michael C. Smith is hereby withdrawn as counsel of record for Plaintiff Certicom Corp. and Certicom Patent Holding Corp.

SIGNED this 13th day of March, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE