## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| Certicom Corporation and Certicom Patent Holding Corporation;<br><br>      *Plaintiffs*,<br> v.<br><br>Sony Corporation, Sony Corporation of America, Sony Computer Entertainment Inc., Sony Computer Entertainment America Inc., Sony Pictures Entertainment Inc., Sony Electronics Inc. and Sony DADC US Inc.;<br><br>      *Defendants*. | Civil Action No. 2:07-CV-216-TJW |

## NOTICE OF COMPLIANCE WITH LOCAL PATENT RULE 3-3, DEFENDANTS' PATENT INVALIDITY CONTENTIONS

Defendants Sony Corporation, Sony Corporation of America, Sony Computer Entertainment Inc., Sony Computer Entertainment America Inc., Sony Pictures Entertainment Inc., Sony Electronics Inc. and Sony DADC US Inc. have served Invalidity Contentions pursuant to Local Patent Rule 3-3 on April 24, 2008.

Dated: April 24, 2008      By: */s/ Melvin R. Wilcox, III*
                  MELVIN R. WILCOX, III
                  Lead Attorney
                  State Bar No. 21454800
                  **YARBROUGH ♦ WILCOX PLLC**
                  100 E. Ferguson Street, Suite 1015
                  Tyler, TX 75702
                  (903) 595-1133
                  (903) 595-0191(fax)
                  mrw@yw-lawfirm.com

John Flock
Michelle Carniaux
KENYON & KENYON LLP
One Broadway
New York, New York 10004-1050
(212) 425-7200
(212) 425-5288 (fax)

*Attorneys for Defendants and Counterclaim Plaintiffs*
Sony Corporation, Sony Corporation of America, Sony Computer Entertainment Inc., Sony Computer Entertainment America Inc., Sony Pictures Entertainment Inc., Sony Electronics Inc. and Sony DADC US Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this 24th day of April, 2008.

*/s/ Melvin R. Wilcox, III*
MELVIN R. WILCOX, III