IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CERTICOM CORP. AND CERTICOM PATENT HOLDING CORP., Plaintiffs, v. SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY ELECTRONICS INC. AND SONY DADC US INC. Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:07-CV-216-TJW JURY |

## JOINT MOTION TO SUBMIT AGREED PROTECTIVE ORDER

COME NOW the parties and pursuant to the Court's Docket Control Order and Discovery Order, jointly move the Court to enter the attached Protective Order.

Dated: May 13, 2008                                    Respectfully Submitted,

**PLAINTIFFS**                                              **DEFENDANTS**

By: */s/ Carl Roth by permission Melvin R. Wilcox, III*   By: */s/ Melvin R. Wilcox, III*
Carl R. Roth                                               Melvin R. Wilcox, III
Texas Bar No. 17312000                                     Texas Bar No. 21454800
THE ROTH LAWFIRM                                           YARBROUGH ♦ WILCOX PLLC
115 N. Wellington, Suite 200                               100 E. Ferguson, Suite 1015
Marshall, TX 75670                                         Tyler, TX 75702
Tel: (903) 935-1665                                        Tel: (903) 595-1133
Fax: (903) 935-1797                                        Fax: (903) 595-0191
cr@rothfirm.com                                            Email: mrw@yw-lawfirm.com

*Attorneys for Plaintiffs*                                 *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 13th day of May, 2008.

*/s/ Melvin R. Wilcox, III*
MELVIN R. WILCOX, III