# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Certicom Corporation and Certicom Patent Holding Corporation;<br><br>      *Plaintiffs*,<br> v.<br><br>Sony Corporation, Sony Corporation of America, Sony Computer Entertainment Inc., Sony Computer Entertainment America Inc., Sony Pictures Entertainment Inc., Sony Electronics Inc. and Sony DADC US Inc.;<br><br>      *Defendants*. | Civil Action No. 2:07-CV-216-TJW |

## JOINT STIPULATION TO EXTEND TIME TO FILE REPLY

WHEREAS on April 24, 2008 defendants Sony Corp., Sony Corp. of America, Sony Computer Entertainment Inc., Sony Computer Entertainment America, Inc., Sony Pictures Entertainment, Inc., Sony Electronics Inc. and Sony DADC US Inc. (collectively "Sony") filed their Amended Answer and Counterclaims;

WHEREAS plaintiffs Certicom Corp.'s and Certicom Patent Holding Corp.'s (collectively "Certicom") Reply to Sony's Counterclaims are due on May 14, 2008; and

WHEREAS Sony has advised Certicom that it intends to file a Second Amended Answer and Counterclaims that supersedes its Amended Answer and Counterclaims:

The parties stipulate, subject to order of the Court, that:

1.  Certicom shall not file a Reply to Sony's Amended Answer and Counterclaims but shall await filing of Sony's Second Amended Answer and Counterclaims and shall file a

Dockets.Justia.com

Reply to Sony's Second Amended Answer and Counterclaims within the time permitted by the Federal Rules of Civil Procedure or at another time to be stipulated by the parties.

Agreed to:

        ROPES & GRAY LLP

By: *Carl Roth*
    Robert C. Morgan
    Laurence S. Rogers
    1211 Avenue of the Americas
    New York, New York 10036-8704
    Telephone: (212) 596-9000
    Facsimile: (212) 596-9090

    THE ROTH LAW FIRM
    Carl R. Roth
    Texas Bar No. 17312000
    115 N. Wellington, Suite 200
    Marshall, Texas 75670
    Telephone: (903) 935-1665
    Facsimile: (903) 935-1797

*Attorneys for Plaintiffs Certicom Corp. and Certicom Patent Holding Corp.*


    KENYON & KENYON LLP

By: /s/
    John Flock
    Michelle Carniaux
    One Broadway
    New York, New York 10004-1050
    Tel.: (212) 425-7200
    Facsimile: (212) 425-5288

    YARBOROUGH & WILCOX, PLLC
    Melvin R. Wilcox, III
    Texas Bar No. 21454800

100 E. Ferguson St.; Suite 1015
Longview, Texas 75702
Telephone: (903) 595-1133
Facsimile: (903) 595-0191

*Attorneys for Defendants Sony Corp., Sony Corp. of America, Sony Computer Entertainment Inc., Sony Computer Entertainment America, Inc., Sony Pictures Entertainment, Inc., Sony Electronics Inc. and Sony DADC US Inc.*