# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Certicom Corporation and Certicom Patent Holding Corporation; <br><br>     *Plaintiffs*, <br><br>  v. <br><br> Sony Corporation, Sony Corporation of America, Sony Computer Entertainment Inc., Sony Computer Entertainment America Inc., Sony Pictures Entertainment Inc., Sony Electronics Inc. and Sony DADC US Inc.; <br><br>     *Defendants*. | Civil Action No. 2:07-CV-216-TJW |

## ORDER GRANTING THE PARTIES' JOINT STIPULATION TO EXTEND TIME TO FILE REPLY

 Before the court is the Joint Stipulated Request to Extend Time to File Certicom Corp.'s and Certicom Patent Holding Corp.'s (collectively "Certicom") Reply to Sony's Amended Counterclaims which are due on May 14, 2008. The parties propose that Certicom shall not file a Reply to Sony's Amended Answer and Counterclaims but shall await filing of Sony's Second Amended Answer and Counterclaims and shall file a Reply to Sony's Second Amended Answer and Counterclaims within the time permitted by the Federal Rules of Civil Procedure or at another time to be stipulated by the parties.

 IT IS THEREFORE ORDERED that the parties' Joint Stipulation to Extend Time to File Reply is GRANTED.

 SIGNED this 20th day of May, 2008.

                  _____
                  T. JOHN WARD
                  UNITED STATES DISTRICT JUDGE