# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Certicom Corporation and Certicom Patent Holding Corporation; <br><br> *Plaintiffs*, <br><br> v. <br><br> Sony Corporation, Sony Corporation of America, Sony Computer Entertainment Inc., Sony Computer Entertainment America Inc., Sony Pictures Entertainment Inc., Sony Electronics Inc. and Sony DADC US Inc.; <br><br> *Defendants*. | Civil Action No. 2:07-CV-216-TJW |

## ORDER GRANTING JOINT MOTION TO AMEND EXHIBIT A
## OF THE STIPULATED PROTECTIVE ORDER

Before the Court is a Joint Motion to Amend Exhibit A of the Stipulated Protective Order, and the Court being apprised of the grounds therefor and being of the opinion that said motion should be GRANTED, it is hereby

ORDERED that the amended Exhibit A shall substitute the Exhibit A to the Stipulated Protective Order that this Court entered on May 16, 2008 [D.I. 42].

SIGNED this 12th day of June, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE