**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |
|---|---|
| CERTICOM CORP. and CERTICOM PATENT HOLDING CORP., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY ELECTRONICS INC. and SONY DADC US INC. | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Civil Action No. 2-07CV-216-TJW

JURY

**CERTICOM'S AGREED-TO MOTION FOR LEAVE TO FILE ITS AMENDED
DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS**

By agreement of the parties, Plaintiffs Certicom Corp. and Certicom Patent Holding

Corp. ("Certicom") respectfully request leave to serve its Amended Disclosure of Asserted

Claims and Infringement Contentions upon Defendants Sony Corporation ("Sony Japan"), Sony

Corporation of America ("Sony America"), Sony Computer Entertainment Inc. ("SCE Japan"),

Sony Computer Entertainment America Inc. ("SCE America"), Sony Pictures Entertainment Inc.

("Sony Pictures"), Sony Electronics Inc. ("Sony Electronics"), and Sony DADC US Inc. ("Sony

DADC") (collectively "Sony").

Certicom filed its original Disclosure on March 11, 2008.  The amendments to the

Disclosures is based information that Certicom has learned since filing its original Disclosure.

The Amended Disclosure does not change the identification of the patents, the patent claims, or the accused products identified in Certicom's original Disclosure.

Counsel for Certicom provided counsel for Sony with a courtesy copy of the proposed Amended Disclosure of Asserted Claims and Preliminary Infringement Contentions on June 9, 2008. Counsel for Sony informed counsel for Certicom, on June 11, 2008, that Sony consents to this motion to file the Amended Disclosure. A copy of the Amended Disclosure is attached to the supporting Declaration of Robert C. Morgan, submitted concurrently herewith.

Respectfully submitted,

Dated: June 12, 2008

ROPES & GRAY LLP

By: *Carl Roth*

Robert C. Morgan
Laurence S. Rogers
Matthew A. Traupman
1211 Avenue of the Americas
New York, New York 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090


THE ROTH LAW FIRM
Carl R. Roth
Texas Bar No. 17312000
Brendan C. Roth
Texas Bar No. 24040132
Amanda A. Abraham
Texas Bar No. 24055077
115 N. Wellington, Suite 200
Marshall, Texas 75670
Telephone: (903) 935-1665
Facsimile: (903) 935-1797

*Attorneys for Plaintiffs Certicom Corp. and Certicom Patent Holding Corp.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 12th day of June, 2008. Any other counsel of record will be served by facsimile transmission and/or first class mail.

_____
Carl R. Roth