# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

|  |  |
|---|---|
| CERTICOM CORP. and CERTICOM PATENT HOLDING CORP., ) ) ) ) Plaintiffs, ) ) v. ) ) ) SONY CORPORATION, SONY ) CORPORATION OF AMERICA, SONY ) COMPUTER ENTERTAINMENT INC., ) SONY COMPUTER ENTERTAINMENT ) AMERICA INC., SONY PICTURES ) ENTERTAINMENT INC., SONY ) ELECTRONICS INC. and SONY DADC ) US INC. ) ) Defendants. ) | Civil Action No. 2-07CV-216-TJW<br><br>JURY |

## ORDER GRANTING CERTICOM'S AGREED-TO MOTION FOR LEAVE TO FILE ITS AMENDED DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS

CAME ON TO BE HEARD THIS DAY Certicom's Agreed Motion for Leave to file its Amended Disclosure of Asserted Claims and Infringement Contentions upon Defendants in this action. The Court, having considered the motion, finds that it is well-taken and is hereby GRANTED.

ORDERED that Plaintiff is hereby granted to file its Amended Disclosure of Asserted Claims and Infringement Contentions upon Defendants.

SIGNED this 20th day of June, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE