# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CERTICOM CORP. and CERTICOM PATENT HOLDING CORP., <br><br> Plaintiffs, <br><br> v. <br><br> SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY ELECTRONICS INC. and SONY DADC US INC. <br><br> Defendants. | Civil Action No. 2:07-CV-00216-TJW |

## **CERTICOM'S AGREED-TO MOTION TO MODIFY THE DISCOVERY ORDER**

By agreement of the parties, plaintiffs Certicom Corp. and Certicom Patent Holding Corp. (collectively "Certicom") hereby move to modify the Discovery Order to extend the time for the parties to exchange privilege logs to July 31, 2008 and the deadline to inform the Court if there any disputes regarding privileged documents or information to September 30, 2008.

Pursuant to the Discovery Order filed on January 22, 2008, the deadline for the parties to exchange privilege logs was July 1, 2008 and the deadline for the parties to inform the Court that there are no disputes regarding privileged documents or information was September 1, 2008. The parties have exchanged voluminous document productions and have been working diligently to prepare their privilege logs. The parties have agreed to extend the deadline to exchange privilege logs to July 31, 2008 and the deadline for the parties to inform the Court that there are

no disputes regarding privileged documents or information to September 30, 2008. This extension will not affect any other dates in the Discovery Order or Docket Control Order.

Dated: July 3, 2008

Respectfully submitted,

ROPES & GRAY LLP

By: /s/ Carl Roth
Robert C. Morgan
Laurence S. Rogers
Matthew A. Traupman
1211 Avenue of the Americas
New York, New York 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

THE ROTH LAW FIRM
Carl R. Roth
Texas Bar No. 17312000
Brendan C. Roth
Texas Bar No. 24040132
Amanda A. Abraham
Texas Bar No. 24055077
115 N. Wellington, Suite 200
Marshall, Texas 75670
Telephone: (903) 935-1665
Facsimile: (903) 935-1797

*Attorneys for Plaintiffs Certicom Corp. and Certicom Patent Holding Corp.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 3rd day of July, 2008. Any other counsel of record will be served by facsimile transmission and/or first class mail.

/s/ Carl Roth
Carl R. Roth