UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CERTICOM CORP. and CERTICOM PATENT HOLDING CORP., <br><br> Plaintiffs, <br><br> v. <br><br> SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY ELECTRONICS INC. and SONY DADC US INC., <br><br> Defendants. | Civil Action No. 2-07-CV-216(TJW) <br><br> JURY |

### ORDER GRANTING SONY'S AGREED-TO MOTION FOR LEAVE TO SERVE AMENDED PATENT INVALIDITY CONTENTIONS

CAME ON TO BE HEARD THIS DAY for consideration Sony's Agreed Motion for Leave to Serve Amended Patent Invalidity Contentions, and the Court being apprised of the grounds therefore and being of the opinion that said motion should be GRANTED, it is hereby

ORDERED that Defendants, Sony Corporation, Sony Corporation of America, Sony Computer Entertainment Inc., Sony Computer Entertainment America Inc., Sony Pictures Entertainment Inc., Sony Electronics Inc. and Sony DADC US Inc. be granted leave to serve its Amended Patent Invalidity Contentions upon Plaintiffs Certicom Corporation and Certicom Patent Holding Corporation.

SIGNED this 11th day of July, 2008.

                                                                                    _____
                                                                                    T. JOHN WARD
                                                                                    UNITED STATES DISTRICT JUDGE