**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| Certicom Corporation and Certicom Patent Holding Corporation;<br><br>     *Plaintiffs*,<br> v.<br><br>Sony Corporation, Sony Corporation of America, Sony Computer Entertainment Inc., Sony Computer Entertainment America Inc., Sony Pictures Entertainment Inc., Sony Electronics Inc. and Sony DADC US Inc.;<br><br>     *Defendants*. | Civil Action No. 2:07-CV-216-TJW |

**ADDITIONAL DOCUMENT TO
DEFENDANTS' SECOND AMENDED ANSWER AND COUNTERCLAIMS [#52]**

Corrected Exhibit A (exhibit filed with Defendants' Second Amended Answer and Counterclaims was unreadable).

Dated: July 15, 2008        Respectfully Submitted,

                By: */s/ Melvin R. Wilcox, III*
                MELVIN R. WILCOX, III
                Lead Attorney
                State Bar No. 21454800
                Yarbrough & Wilcox PLLC
                Attorneys at Law
                100 E. Ferguson Street, Suite 1015
                Tyler, TX 75702
                (903) 595-1133
                (903) 595-0191(fax)
                mrw@yw-lawfirm.com

John Flock (admitted *pro hac vice*)
Michelle Carniaux (admitted *pro hac vice*)
KENYON & KENYON LLP
One Broadway
New York, New York 10004-1050
(212) 425-7200
(212) 425-5288 (fax)
*Attorneys for Defendants and Counterclaim Plaintiffs*
Sony Corporation, Sony Corporation of America, Sony Computer Entertainment Inc., Sony Computer Entertainment America Inc., Sony Pictures Entertainment Inc., Sony Electronics Inc. and Sony DADC US Inc.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served electronically; as such this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(c), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 15th day of July 2008.

*/s/ Melvin R. Wilcox, III*
MELVIN R. WILCOX, III