### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| CERTICOM CORP. and CERTICOM PATENT HOLDING CORP.,<br><br>Plaintiff,<br><br>v.<br><br>SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY ELECTRONICS INC. and SONY DADC US INC.,<br><br>Defendants. | Civil Action No. 2-07-CV-216(TJW)<br><br>JURY<br><br>**UNOPPOSED** |

## SONY'S AGREED-TO MOTION TO MODIFY THE DISCOVERY ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

By agreement of the parties, Defendants Sony Corporation, Sony Corporation of America, Sony Computer Entertainment Inc., Sony Computer Entertainment America Inc., Sony Pictures Entertainment Inc., Sony Electronics Inc. and Sony DADC US Inc. (collectively, "Sony") move to modify the Discovery Order to extend the time for the parties to exchange privilege logs to August 14, 2008 and the deadline to inform the Court if there any disputes regarding privileged documents or information to October 14, 2008.

Pursuant to the Order to modify the Discovery Order signed on July 9, 2008, the deadline for the parties to exchange privilege logs was July 31, 2008 and the deadline for the parties to inform the Court that there are no disputes regarding privileged documents or information was September 30, 2008. The parties have exchanged voluminous document productions and have been working diligently to prepare their privilege logs. The parties have agreed to extend the

deadline to exchange privilege logs to August 14, 2008 and the deadline for the parties to inform the Court that there are no disputes regarding privileged documents or information to October 14, 2008. This extension will not affect any other dates in the Discovery Order or Docket Control Order.

Dated: July 31, 2008                                         Respectfully submitted,


                                                             By: */s/ Melvin R. Wilcox, III*
                                                             Melvin R. Wilcox, III
                                                             Texas Bar No. 21454800
                                                             YARBROUGH ♦ WILCOX, PLLC
                                                             100 E. Ferguson, Suite 1015
                                                             Tyler, TX 75702
                                                             Tel: (903) 595-1133
                                                             Fax: (903) 595-0191
                                                             Email: mrw@yw-lawfirm.com

                                                             *Attorney for Defendants*


### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to FED. R. CIV. P. 5(d) and Local Rule CV-5(d), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by facsimile, electronic mail, and/or first class mail, on this 31th day of July, 2008.


                                                             */s/ Melvin R. Wilcox, III*
                                                             MELVIN R. WILCOX, III