# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CERTICOM CORP. and CERTICOM PATENT HOLDING CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY ELECTRONICS INC. and SONY DADC US INC.,<br><br>Defendants. | Civil Action No. 2-07-CV-216(TJW)<br><br>JURY |

## ORDER GRANTING SONY'S AGREED-TO MOTION TO MODIFY THE DISCOVERY ORDER

CAME ON TO BE HEARD THIS DAY for consideration Sony's Agreed-To Motion to Modify The Discovery Order. The Court, having considered this motion, finds it well-taken and is hereby GRANTED.

ORDERED that the time for the parties to exchange privilege logs is extended to August 14, 2008 and the deadline for the parties to inform the Court that there are no disputes regarding privileged documents or information to October 14, 2008.

SIGNED this 1st day of August, 2008.

_T. John Ward_
T. JOHN WARD
UNITED STATES DISTRICT JUDGE