UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Certicom Corporation and Certicom Patent Holding Corporation;<br><br>         *Plaintiffs*,<br>  v.<br><br>Sony Corporation, Sony Corporation of America, Sony Computer Entertainment Inc., Sony Computer Entertainment America Inc., Sony Pictures Entertainment Inc., Sony Electronics Inc. and Sony DADC US Inc.;<br><br>         *Defendants*. | Civil Action No. 2:07-CV-216-TJW |

## DEFENDANTS' NOTICE OF SERVICE OF PRIVILEGE LOG

Defendants, Sony Corporation, Sony Corporation of America, Sony Computer Entertainment Inc., Sony Computer Entertainment America Inc., Sony Pictures Entertainment Inc., Sony Electronics Inc. and Sony DADC US Inc., by and through its undersigned counsel, on August 14, 2008, served Plaintiffs Certicom Corporation and Certicom Patent Holding Corporation, their privilege log as required by the Discovery Order.

Dated: August 18, 2008

Respectfully Submitted,

By: */s/ Melvin R. Wilcox, III*
    MELVIN R. WILCOX, III
    Lead Attorney
    Texas Bar No. 21454800
    YARBROUGH ♦ WILCOX, PLLC
    100 E. Ferguson, Suite 1015
    Tyler, TX 75702
    Tel: (903) 595-1133
    Fax: (903) 595-0191
    Email: mrw@yw-lawfirm.com

John Flock (admitted *pro hac vice*)
Michelle Carniaux (admitted *pro hac vice*)
KENYON & KENYON LLP
One Broadway
New York, New York 10004-1050
Tel: (212) 425-7200
Fax: (212) 425-5288

*Attorneys for Defendants*

Sony Corporation, Sony Corporation of America, Sony Computer Entertainment Inc., Sony Computer Entertainment America Inc., Sony Pictures Entertainment Inc., Sony Electronics Inc. and Sony DADC US Inc.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to FED. R. CIV. P. 5(d) and Local Rule CV-5(d), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by facsimile, electronic mail, and/or first class mail, on this 18th day of August, 2008.

*/s/ Melvin R. Wilcox, III*
MELVIN R. WILCOX, III