IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

|  |  |  |
|---|---|---|
| CERTICOM CORP. and CERTICOM PATENT HOLDING CORP., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 2-07CV-216-TJW |
| SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY ELECTRONICS INC. and SONY DADC US INC. | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## CERTICOM'S NOTICE OF SERVICE OF PRIVILEGE LOG

Plaintiffs, Certicom Corporation and Certicom Patent Holding, Corporation, by and through its undersigned counsel, on August 14, 2008, served Defendants Sony Corporation, Sony Corporation of America, Sony Computer Entertainment Inc., Sony Computer Entertainment America Inc., Sony Pictures Entertainment Inc., Sony Electronics Inc. and Sony DADC US Inc., their privilege log as required by the Discovery Order.

Respectfully submitted,

Dated: August 18, 2008

ROPES & GRAY LLP

By: /s/ Carl Roth
    Robert C. Morgan (admitted *pro hac vice*)
    Laurence S. Rogers (admitted *pro hac vice*)
    Khue V. Hoang (admitted *pro hac vice*)
    Matthew A. Traupman (admitted *pro hac vice*)
    1211 Avenue of the Americas
    New York, New York 10036-8704
    Telephone: (212) 596-9000
    Facsimile: (212) 596-9090

    James E. Hopenfeld (admitted *pro hac vice*)
    One Metro Center
    700 12th St., N.W.
    Washington, DC 20005
    Telephone: (202) 508-4600
    Facsimile: (202) 508-4650

    THE ROTH LAW FIRM
    Carl R. Roth
    Texas Bar No. 17312000
    Brendan C. Roth
    Texas Bar No. 24040132
    Amanda A. Abraham
    Texas Bar No. 24055077
    115 N. Wellington, Suite 200
    Marshall, Texas 75670
    Telephone: (903) 935-1665
    Facsimile: (903) 935-1797

    *Attorneys for Plaintiffs Certicom Corp. and Certicom Patent Holding Corp.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 18th day of August, 2008. Any other counsel of record will be served by facsimile transmission and/or first class mail.

Carl R. Roth