**Appendix K**                                              Revised: 1/24/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE

FILED-CLERK
U.S. DISTRICT COURT

2008 AUG 25  AM 8: 46

TX EASTERN-MARSHALL

1 This application is being made for the following: Case # 2:07cv216 TJW

Certicom Corp. et al. v. Sony Corporation et al.

2  Applicant is representing the following parties:                    BY_____

Sony Corporation, Sony Corporation of America, Sony Corporation Entertainment
Inc., Sony Computer Entertainment America Inc., Sony Pictures Entertainment Inc., Sony
Electronics Inc., and Sony DADC US Inc.

3 Applicant was admitted to practice in **New York on May 12, 1975, in the District of Columbia on**
**March 31, 1993 and in California on June 7, 1999**

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6 Applicant has not had an application for admission to practice before another court denied.

7. Applicant has not ever had the privilege to practice before another court suspended.

8 Applicant has not been disciplined by a court or Bar Association or committee thereof that would
reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar

9 Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed
against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11 Applicant has been admitted to practice in the following courts: **Second, Fifth and Federal Circuits**
**of the United States Court of Appeals; United States District Court, Southern District of**
**New York, Eastern District of New York and Northern District of California; United States**
**Patent and Trademark Office; and United States Court of Federal Claims**

12 Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including
Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13 Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case
specified above only.

**Application Oath:**

I, **Philip J. McCabe**, do solemnly swear (or affirm) that the above information is true; that I will
discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly
under the law and the highest ethics of our profession; and that I will support and defend the Constitution
of the United States.

_August 12, 2008_                    _[signature]_
Date

Philip J. McCabe

**California State Bar Number   201092**

**Kenyon & Kenyon LLP**

**333 W. San Carlos St., Ste 600**

**San Jose, CA  95110**

**Telephone: (408) 975-7500**

**Facsimile: (408) 975-7501**

**E-mail Address: pmccabe@kenyon.com**

Applicant is authorized to enter an appearance as counsel for the party/parties listed above   This

application has been approved for the court on _____ 8/25/08 _____

David J. Maland, Clerk

U.S. District Court, Eastern District of Texas

By      _____

Deputy Clerk

# Receipt for Payment

Receipt No: 2-1-0004036

# United States District Court

for the

Eastern District of Texas at Marshall

Date: **Monday, August 25, 2008**

Received from:

**ADVANCED PARALEGAL SERV**

**LONGVIEW, TX**

| Account | Description |
|---------|-------------|
| 085000 – | Attorney Admission Fees |
| 086400 – | New Case Fee |
| 086900 – | Filing Fees |
| 121000 – | Conscience Fund |
| 129900 – | Gifts |
| 143500 – | Interest |
| 322340 – | Sale of Publications |
| 322350 – | Copy Fees |
| 322360 – | Miscellaneous Fees |
| 322380 – | Recoveries of Court Costs |
| 322386 – | Cost of Prosecution |
| 504100 – | Crime Victims Fund |
| 508800 – | Immigration Fees |
| 510000 – | Civil Filing Fee (1/2) |
| 5100PL – | Partial Filing Fee (PLRA) |
| 510100 – | Registry Fee |
| 604700 – | Registry Funds/General and Special Funds |
| 613300 – | Unclaimed Monies |
| 6855XX – | Deposit Funds |

| Account | Amount |
|---------|--------|
| 6855XX | $75.00 |
| | |
| **Total** | **$75.00** |

Payment method: **Check**

Case or other reference: **2:07cv216 PHV CASTELLUCCI MCCABE**

Comments: **CK 1403 QUALEY**

Received by: **pa**