UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE

FILED-CLERK
U.S. DISTRICT COURT
2008 AUG 25 AM 8:46
TX EASTERN-MARSHALL
BY_____

1. This application is being made for the following: <u>Paul T. Qualey</u>
Case # <u>2:07-cv-216</u>
Style: <u>Certicom Corp. and Certicom Patent Holding Corp. vs. Sony Corporation, et al.</u>
2. Applicant is representing the following part(ies):
<u>Sony Corporation, Sony Corporation of America, Sony Computer Entertainment Inc., Sony Computer Entertainment America Inc., Sony Pictures Entertainment, Inc., Sony Electronics Inc., and Sony DADC US Inc.</u>
3. Applicant was admitted to practice in <u>New York</u> (state) in <u>2001</u> (date), and in <u>District of Columbia</u> (state) in <u>2003</u> (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/<u>has not</u> had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/<u>has not</u> ever had the privilege to practice before another court suspended (please circle) If so, give complete information on a separate page
8. Applicant has/<u>has not</u> been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle) If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10 There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts: <u>State of New York, District of Columbia, U.S. District Court for the Eastern District of Michigan, U.S. District Court for the Eastern District of New York, U.S. District Court for the Southern District of New York, and U.S. Court of Appeals for the Federal Circuit.</u>
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13 Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14 Applicant understands that <u>he</u>/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
 I, <u>Paul T. Qualey</u>, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date: August 14, 2008      Signature _____

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print): Paul T. Qualey
New York State Bar Number: 3976677
District of Columbia Registration Number: 67649
Firm Name: Kenyon & Kenyon LLP
Address/P.O. Box: 1500 K Street
City/State/Zip: Washington, D.C. 20005
Telephone #: (202) 220-4200
Fax #: (202) 220-4201
E-mail Address: pqualey@kenyon.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: _____

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

# Receipt for Payment

Receipt No: 2-1-0004036

## United States District Court

for the

Eastern District of Texas at Marshall

Date: **Monday, August 25, 2008**

Received from:

**ADVANCED PARALEGAL SERV**

**LONGVIEW, TX**

| Account | Amount |
|---|---|
| 6855XX | $75.00 |
| **Total** | **$75.00** |

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

Payment method: **Check**

Case or other reference: **2:07cv216 PHV CASTELLUCCI MCCABE**

Comments: **CK 1403 QUALEY**

Received by: **pa**