Appendix K                                                                  Revised: 1/24/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE

FILED-CLERK
U.S. DISTRICT COURT

2008 AUG 25 AM 8:46

TX EASTERN-MARSHALL

BY_____

1. This application is being made for the following: Case # **2:07cv216 TJW**
   **Certicom Corp. et al. v. Sony Corporation et al.**
2. Applicant is representing the following parties:
   Sony Corporation, Sony Corporation of America, Sony Corporation Entertainment Inc., Sony Computer Entertainment America Inc., Sony Pictures Entertainment Inc., Sony Electronics Inc., and Sony DADC US Inc.
3. Applicant was admitted to practice in the **District of Columbia on November 6, 2006 and in California on December 9, 1999**
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant <u>has not</u> had an application for admission to practice before another court denied
7. Applicant <u>has not</u> ever had the privilege to practice before another court suspended.
8. Applicant <u>has not</u> been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts: **U.S. Court of Appeals for the Federal Circuit, U.S. Court of Appeals for the Ninth Circuit, U.S. District Court for the Central District of California, U.S. District Court for the Northern District of California, and U.S. District Court for the Southern District of California.**
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that <u>he</u>/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, **Victor J. Castellucci**, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States

08-12-2008
Date

Victor J. Castellucci
California State Bar Number 203303
Kenyon & Kenyon LLP
333 W. San Carlos St., Ste 600
San Jose, CA 95110
Telephone: (408) 975-7500
Facsimile: (408) 975-7501
E-mail Address: vcastellucci@kenyon.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on ___8/25/08___

David J. Maland, Clerk
U.S District Court, Eastern District of Texas

By _____
Deputy Clerk

# Receipt for Payment

Receipt No: 2-1-0004036

## United States District Court
for the
Eastern District of Texas at Marshall

Date: **Monday, August 25, 2008**

Received from:

**ADVANCED PARALEGAL SERV**
**LONGVIEW, TX**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $75.00 |
| **Total** | **$75.00** |

Payment method: **Check**
Case or other reference: **2:07cv216 PHV CASTELLUCCI MCCABE**
Comments: **CK 1403 QUALEY**

Received by: **pa**