UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CERTICOM CORP. and CERTICOM PATENT HOLDING CORP., <br><br>       Plaintiff, <br><br>     v. <br><br> SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY ELECTRONICS INC. and SONY DADC US INC., <br><br>       Defendants. | Civil Action No. 2-07-CV-216(TJW) <br><br><br> JURY <br><br><br><br><br> **UNOPPOSED** |

### SONY'S AGREED-TO MOTION TO MODIFY THE DISCOVERY ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

By agreement of the parties, Defendants Sony Corporation, Sony Corporation of America, Sony Computer Entertainment Inc., Sony Computer Entertainment America Inc., Sony Pictures Entertainment Inc., Sony Electronics Inc. and Sony DADC US Inc. (collectively, "Sony") move to modify the Discovery Order to extend the time for the parties to inform the Court if there any disputes regarding privileged documents or information to **January 9, 2009**.

Pursuant to the Order to modify the Discovery Order signed on July 9, 2008, the deadline for the parties to inform the Court that there are no disputes regarding privileged documents or information was October 14, 2008. The parties have agreed to extend the deadline for the parties to inform the Court that

Dockets.Justia.com

there are no disputes regarding privileged documents or information to **January 9, 2009**.  This extension

will not affect any other dates in the Discovery Order or Docket Control Order.

Dated: October 14, 2008                                             Respectfully submitted,


                                                            By: */s/ Melvin R. Wilcox, III*
                                                                    Melvin R. Wilcox, III
                                                                    Texas Bar No. 21454800
                                                                    YARBROUGH ♦ WILCOX, PLLC
                                                                    100 E. Ferguson, Suite 1015
                                                                    Tyler, TX 75702
                                                                    Tel: (903) 595-1133
                                                                    Fax: (903) 595-0191
                                                                    Email: mrw@yw-lawfirm.com

John Flock
Michelle Carniaux
KENYON & KENYON LLP
One Broadway
New York, N.Y.  10004-1007
Tel: (212) 425-7200

                                                                    *Attorney for Defendants*


<u>**CERTIFICATE OF SERVICE**</u>

        The undersigned certifies that the foregoing document was filed electronically in compliance
with Local Rule CV-5(a).  As such this document was served on all counsel who are deemed to have
consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to FED. R. CIV. P. 5(d) and Local
Rule CV-5(d), all other counsel of record not deemed to have consented to electronic service were
served with a true and correct copy of the foregoing by facsimile, electronic mail, and/or first class mail,
on this 14th day October, 2008.


                                                            */s/ Melvin R. Wilcox, III*
                                                            MELVIN R. WILCOX, III