# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CERTICOM CORP. and CERTICOM PATENT HOLDING CORP., <br><br> Plaintiffs, <br><br> v. <br><br> SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY ELECTRONICS INC. and SONY DADC US INC., <br><br> Defendants. | Civil Action No. 2-07-CV-216(TJW) <br><br><br> JURY |

## ORDER GRANTING SONY'S AGREED-TO
## MOTION TO MODIFY THE DISCOVERY ORDER

CAME ON TO BE HEARD THIS DAY for consideration Sony's Agreed-To Motion to Modify The Discovery Order. The Court, having considered this motion, finds it well-taken and is hereby GRANTED.

ORDERED that the time for the parties to inform the Court that there are no disputes regarding privileged documents or information to **January 9, 2009**.

SIGNED this 16th day of October, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE