## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

CERTICOM CORP. and CERTICOM
PATENT HOLDING CORP.,

          Plaintiff,

v.

SONY CORPORATION, SONY
CORPORATION OF AMERICA, SONY
COMPUTER ENTERTAINMENT INC.,
SONY COMPUTER ENTERTAINMENT
AMERICA INC., SONY PICTURES
ENTERTAINMENT INC., SONY
ELECTRONICS INC. and SONY DADC
US INC.,

          Defendants.

Civil Action No. 2-07-CV-216(TJW)

JURY

**UNOPPOSED**

## SONY'S AGREED-TO MOTION TO EXTEND TIME
## RELATING TO DEPOSITION TRANSCRIPTS

By agreement of the parties, Defendants Sony Corporation, Sony Corporation of
America, Sony Computer Entertainment Inc., Sony Computer Entertainment America Inc., Sony
Pictures Entertainment Inc., Sony Electronics Inc. and Sony DADC US Inc. (collectively,
"Sony") move to extend the time for both (1) witnesses to review transcripts and make a signed
statement listing changes for depositions that took place between September 16, 2008 and
September 26, 2008 in Tokyo, Japan to November 28, 2008 and (2) to re-designate the
confidentiality level of those transcripts to November 28, 2008.

Pursuant to the Protective Order stipulated to in this case the parties would have had until
October 29, 2008 to re-designate the confidentiality level of the deposition transcripts. Pursuant
to Fed. R. Civ. P. 30(e)(1) the witnesses would have had until November 10, 2008 to review the

transcripts and make a signed statement listing changes.   The parties have received the

deposition transcripts on October 9, 2008, but only received the corresponding videos in the past

week.   Accordingly, both parties have agreed to extend the aforementioned deadlines to

November 28, 2008.  This extension will not affect any dates in the Discovery Order or Docket

Control Order.

Dated: October 22, 2008                                      Respectfully submitted,


By: */s/ Melvin R. Wilcox, III*
Melvin R. Wilcox, III
Texas Bar No. 21454800
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson, Suite 1015
Tyler, TX 75702
Tel: (903) 595-1133
Fax: (903) 595-0191
Email: mrw@yw-lawfirm.com

*Attorney for Defendants*


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in
compliance with Local Rule CV-5(a).  As such this document was served on all counsel who are
deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to FED. R.
CIV. P. 5(d) and Local Rule CV-5(d), all other counsel of record not deemed to have consented to
electronic service were served with a true and correct copy of the foregoing by facsimile,
electronic mail, and/or first class mail, on this 22nd day of October, 2008.


*/s/ Melvin R. Wilcox, III*
MELVIN R. WILCOX, III