## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| CERTICOM CORP. and CERTICOM PATENT HOLDING CORP., <br><br> Plaintiffs, <br><br> v. <br><br> SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY ELECTRONICS INC. and SONY DADC US INC., <br><br> Defendants. | Civil Action No. 2-07-CV-216(TJW) <br><br> JURY |

## ORDER GRANTING SONY'S AGREED-TO
## MOTION TO EXTEND TIME RELATING TO DEPOSITION TRANSCRIPTS

CAME ON TO BE HEARD THIS DAY for consideration Sony's Agreed-To Motion to Extend Time Relating to Deposition Transcripts. The Court, having considered this motion, finds it well-taken and is hereby GRANTED.

ORDERED that the time for witnesses to review transcripts and make a signed statement listing changes for depositions that took place between September 16, 2008 and September 26, 2008 in Tokyo, Japan be extended to **November 28, 2008** and that the time to re-designate the confidentiality level of those transcripts be extended to **November 28, 2008**.

SIGNED this 23rd day of October, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE