## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| Certicom Corporation and Certicom Patent Holding Corporation; <br><br> *Plaintiffs*, <br><br> v. <br><br> Sony Corporation, Sony Corporation of America, Sony Computer Entertainment Inc., Sony Computer Entertainment America Inc., Sony Pictures Entertainment Inc., Sony Electronics Inc. and Sony DADC US Inc.; <br><br> *Defendants*. | Civil Action No. 2:07-CV-216-TJW <br><br> **UNOPPOSED** |

### SONY'S AGREED-TO MOTION TO EXTEND TIME RELATING TO DAMAGES COMPUTATIONS

By agreement of the parties, Defendants Sony Corporation, Sony Corporation of America, Sony Computer Entertainment Inc., Sony Computer Entertainment America Inc., Sony Pictures Entertainment Inc., Sony Electronics Inc. and Sony DADC US Inc. (collectively, "Sony") move to extend the time for the "complete computation of any category of damages claimed by any party to the action," as set forth in paragraph 3(c) of the Court's January 22, 2008 Discovery Order from January 5, 2009 to March 2, 2009.

Pursuant to the January 22, 2008 Discovery Order entered in this case, the parties would have had until January 5, 2009 to "complete computation of any category of damages claimed by any party to the action, making available for inspection and copying as under Rule 34, the documents or other evidentiary material on which such computation is based, including materials bearing on the nature and extent of injuries suffered." There is a large volume of documents and

other materials relevant to this computation that are still in the process of being produced, as well a significant number of depositions being scheduled that may be relevant to this computation. Accordingly, both parties have agreed to extend the aforementioned deadline to March 2, 2009. This extension will not affect any dates in the Discovery Order or Docket Control Order.

Dated: November 10, 2008                                    Respectfully submitted,

                                                       By: ***/s/ Melvin R. Wilcox, III***
                                                           Melvin R. Wilcox, III
                                                           Texas Bar No. 21454800
                                                           YARBROUGH ♦ WILCOX, PLLC
                                                           100 E. Ferguson, Suite 1015
                                                           Tyler, TX 75702
                                                           Tel: (903) 595-1133
                                                           Fax: (903) 595-0191
                                                           Email: mrw@yw-lawfirm.com

                                                           *Attorney for Defendants*

## CERTIFICATE OF SERVICE

       The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to FED. R. CIV. P. 5(d) and Local Rule CV-5(d), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by facsimile, electronic mail, and/or first class mail, on this 10th day of November, 2008.

                                                            ***/s/ Melvin R. Wilcox, III***
                                                           MELVIN R. WILCOX, III