# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CERTICOM CORP. and CERTICOM PATENT HOLDING CORP., <br><br> Plaintiffs, <br><br> v. <br><br> SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY ELECTRONICS INC. and SONY DADC US INC., <br><br> Defendants. | Civil Action No. 2-07-CV-216(TJW) <br><br> JURY |

### ORDER GRANTING SONY'S AGREED-TO MOTION TO EXTEND TIME RELATING TO DAMAGES COMPUTATIONS

CAME ON TO BE HEARD THIS DAY for consideration Sony's Agreed-To Motion to Extend Time Relating to Damages Computation. The Court, having considered this motion, finds it well-taken and is hereby GRANTED.

ORDERED that the time for the complete computation of any category of damages claimed by any party to the action, as set forth in paragraph 3(c) of the Court's January 22, 2008 Discovery Order be extended from January 5, 2009 to March 2, 2009.

SIGNED this 12th day of November, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE