**Appendix K**

2-1-4233

Revised: 1/24/07

ALLEU-CLERK
U.S. DISTRICT COURT
2008 NOV 17 PM 1:22
TX EASTERN-MARSHALL
BY_____

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION
# APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # 2:07-CV-216-TJW
Style: Certicom Corporation and Certicom Patent Holding Corporation v. Sony Corporation, Sony Corporation of America, et al.

2. Applicant is representing the following party: Certicom Corp

3. Applicant was admitted to practice in New York (state) on July 10, 2000.

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle) If so, give complete information on a separate page

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle) If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant

11. Applicant has been admitted to practice in the following courts: U.S. Court of Appeals for the Federal Circuit, U.S. District Court for the Eastern District of New York, U.S. District Court for the Southern District of New York.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d))

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, _Hiroyuki Hagiwara_____, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date _10/30/08_          Signature _____

Dockets.Justia.com

| | |
|---|---|
| Name: | Hiroyuki Hagaiwara |
| State Bar Number: | 3063690 |
| Firm Name: | Ropes & Gray LLP |
| Address/P.O. Box: | Yusen Building 2F 3-2, Marunouochi 2-chome |
| | Chiyoda-ku |
| City/State/Zip: | Tokyo 100-0005 Japan |
| Telephone #: | +81-6259-3-3500 |
| Fax #: | +81-6259-3-3501 |
| E-mail Address: | Hiroyuki Hagiwara@ropesgray.com |

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this _17_ day of _Nov_, 20_01_.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____

**Deputy Clerk**

# Receipt for Payment

## United States District Court

for the

Eastern District of Texas at Marshall

Date: **Monday, November 17, 2008**

Received from:

**ROPES GRAY**

**BOSTON, MA 02100**

| Account | Description |
|---------|-------------|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---------|--------|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: **Check**

Case or other reference: **2:07cv216 Hagiwara**

Comments: **ck 351001**

Received by: **pa**