IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF TEXAS MARSHALL DIVISION

| | |
|---|---|
| CERTICOM CORP. and CERTICOM PATENT HOLDING CORP., <br><br> Plaintiff, <br><br> v. <br><br> SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY ELECTRONICS INC. and SONY DADC US INC., <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § Civil Action No. 2-07-CV-216(TJW) |

## ORDER

### COMMISSION DIRECTING THE TAKING ABROAD OF VOLUNTARY ORAL DEPOSITIONS OF JAPANESE WITNESSES

TO: ANY CONSUL OR VICE CONSUL OF THE UNITED STATES AT THE UNITED STATES CONSULATE IN TOKYO, JAPAN

Upon the application of plaintiffs Certicom Corp and Certicom Patent Holding Corp (collectively, "Certicom"), and pursuant to Article 17 of the Unites States-Japan Consular Convention,

**IT IS ORDERED THAT** the depositions on notice of the following witnesses (collectively, "Sony Witnesses") be taken at the United States Consulate General in Tokyo, Japan:

3716262_1 DOC

Dockets.Justia.com

1. Akiya Saito
2. Takashi Hagiwara
3. Susumu Ito
4. Masao Mizutani
5. Asami Mizuno
6. Ikuo Shinozaki
7. Hidehiro Inooka
8. Atsuo Sakai
9. Yoshinori Matsumoto
10. Kiyoshi Satomi
11. Takumi Okaue
12. Takafumi Akai
13. Satoshi Kitani

The depositions are scheduled to commence on or about December 1, 2008 at 8:30 am and terminate on or about December 3, 2008, at 5:00 pm. Any documentary exhibits in connection therewith will be marked accordingly.

Counsels for defendants who will participate in said depositions are from the law firm of Kenyon & Kenyon LLP in New York, NY, U.S.A., and counsels for plaintiffs who will participate in said depositions are from the law firm Ropes & Gray LLP of New York, NY, U.S.A. A list of attendees is attached as Exhibit 1, hereto.

**SO ORDERED:**

Dated this 3rd day of November, 2008

T. JOHN WARD
UNITED STATES DISTRICT JUDGE

# EXHIBIT 1

List Of Attendees For Depositions of Sony Witnesses

United States Consulate General in Tokyo, Japan

Commencing on or about December 1, 2008 at 8:30 am and

Terminating on or about December 3, 2008 at 5:00 pm

For Plaintiffs Certicom Corp. and Certicom Patent Holding Corp.:

1. Robert Morgan (attorney)
2. James Hopenfeld (attorney)
3. Adam Stein (attorney)
4. Hiroyuki Hagiwara (attorney)
5. Khue Hoang (attorney)
6. Kaede Toh (attorney)
7. Matthew Traupman (attorney)
8. Christopher Carroll (attorney)
9. Megan Raymond (attorney)
10. Junko Hirota (attorney)
11. Chris K. Karlof (expert)
12. Jodi Harmon (court reporter)
13. Tracey Spatara Lo Castro (court reporter)
14. Melanie Louise Giamarco (court reporter)
15. Debra Deanna Duran (court reporter)
16. Tanya Ward English (court reporter)
17. Daniel Dean Harrington (videographer)
18. Paul B. Diserio (videographer)
19. Bruce Holcombe (official interpreter)

For Defendants Sony Corp., Sony Corp. of America, Sony Computer Entertainment Inc., Sony Computer Entertainment America Inc., Sony Pictures Entertainment Inc., Sony Electronics Inc. and Sony DADC US Inc.:

1. John Flock (attorney)
2. Philip J. McCabe (attorney)
3. Michelle Carnaiux (attorney)
4. Paul T. Qualey (attorney)
5. Victor J. Castellucci (attorney)
6. Zaed M. Billah (attorney)
7. Shahar Harel (attorney)
8. Lupco Popovski
9. Jennifer Liu
10. Ingrid Leverett