| | § |
|---|---|
| CERTICOM CORP. and CERTICOM PATENT HOLDING CORP., | § § § |
| Plaintiff, | § § Civil Action No. 2-07-CV-216(TJW) |
| v. | § § |
| SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY ELECTRONICS INC. and SONY DADC US INC., | § § § § § § § § § |
| Defendants. | § § |

## CERTICOM'S APPLICATION FOR COMMISSION TO TAKE ORAL DEPOSITION OF JAPANESE WITNESSES

NOW COMES Certicom Corp. and Certicom Patent Holding Corp. (collectively, "Certicom"), and pursuant to Article 17 of the Unites States-Japan Consular Convention, requests that the Court issue a Commission for the Taking of Voluntary Oral Depositions of the following listed individuals at the United States Consulate General in Tokyo, Japan, commencing on or about February 2, 2009 and 8:30 a.m. and terminating on or about February 13, 2009 at 5:00 p.m.

1. Masato Hattori
2. Satoshi Kitani
3. Katsumi Muramatsu
4. Tomoyuki Asano

The attorneys participating for Plaintiffs in the depositions will be from the law firm Ropes & Gray LLP of New York, New York, and attorneys for the Defendants who will participate in said depositions are from the law firm of Kenyon &

Kenyon LLP in New York, New York. A list of the attendees is attached as Exhibit 1 to this application.

WHEREFORE, ALL PREMISES CONSIDERED, Plaintiffs request that a Commission be issued by the Court pursuant to Article 17 of the United States-Japan Consular Convention.

Respectfully submitted,

Dated: January 8, 2009

ROPES & GRAY LLP

By: _____/s/ Carl Roth_____
Robert C. Morgan (admitted *pro hac vice*)
Laurence S. Rogers (admitted *pro hac vice*)
Khue V. Hoang (admitted *pro hac vice*)
Matthew A. Traupman (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York 10036-8704
Telephone: (212)596-9000
Facsimile: (212)596-9090

James E. Hopenfeld (admitted *pro hac vice*)
One Metro Center
700 12th St., N.W.
Washington, DC 20005
Telephone: (202)508-4600
Facsimile: (202508-4650

THE ROTH LAW FIRM
Carl R. Roth
Texas Bar No. 17312000
Brendan C. Roth
Texas Bar No. 24040132
Amanda A. Abraham
Texas Bar No. 24055077
115 N. Wellington, Suite 200
Marshall, Texas 75670
Telephone: (903)935-1665
Facsimile: (903)935-1797

*Attorneys for Plaintiffs Certicom Corp. and Certicom Patent Holding Corp.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 8th day of January, 2009. Any other counsel of record will be served by facsimile transmission and/or first class mail.

                                                                          Carl R. Roth