IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF TEXAS MARSHALL DIVISION

| | |
|---|---|
| CERTICOM CORP. and CERTICOM PATENT HOLDING CORP., <br><br> Plaintiff, <br><br> v. <br><br> SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY ELECTRONICS INC. and SONY DADC US INC., <br><br> Defendants. | Civil Action No. 2-07-CV-216(TJW) |

## ORDER

### COMMISSION DIRECTING THE TAKING ABROAD OF VOLUNTARY ORAL DEPOSITIONS OF JAPANESE WITNESSES

TO: ANY CONSUL OR VICE CONSUL OF THE UNITED STATES AT THE UNITED STATES CONSULATE IN TOKYO, JAPAN

Upon the application of plaintiffs Certicom Corp. and Certicom Patent Holding Corp. (collectively, "Certicom"), and pursuant to Article 17 of the Unites States-Japan Consular Convention,

**IT IS ORDERED THAT** the depositions on notice of the following witnesses (collectively, "Sony Witnesses") be taken at the United States Consulate General in Tokyo, Japan:

3718759_1 DOC

1

1. Masato Hattori
2. Satoshi Kitani
3. Katsumi Muramatsu
4. Tomoyuki Asano

The depositions are scheduled to commence on or about February 2, 2009 at 8:30 am and terminate on or about February 13, 2009, at 5:00 pm. Any documentary exhibits in connection therewith will be marked accordingly.

Counsels for defendants who will participate in said depositions are from the law firm of Kenyon & Kenyon LLP in New York, NY, U.S.A., and counsels for plaintiffs who will participate in said depositions are from the law firm Ropes & Gray LLP of New York, NY, U.S.A. A list of attendees is attached as Exhibit 1, hereto.

**SO ORDERED:**

Dated this 8th day of January, 2009

T. JOHN WARD
UNITED STATES DISTRICT JUDGE

3718759_1.DOC

2

# EXHIBIT 1

List of Attendees for Depositions of Sony Witnesses
United States Consulate General in Tokyo, Japan
Commencing on or about February 2, 2009 at 8:30 am and
terminating on or about February 13, 2009 at 5:00 pm

For Plaintiffs Certicom Corp. and Certicom
Patent Holding Corp.:

1. Robert Morgan (attorney)
2. James Hopenfeld (attorney)
3. Adam Stein (attorney)
4. Hiroyuki Hagiwara (attorney)
5. Khue Hoang (attorney)
6. Kaede Toh (attorney)
7. Matthew Traupman (attorney)
8. Christopher Carroll (attorney)
9. Megan Raymond (attorney)
10. Junko Hirota (attorney)
11. Chris K. Karlof (expert)
12. Jodi Harmon (court reporter)
13. Tracey Spatara Lo Castro (court reporter)
14. Melanie Louise Giamarco (court reporter)
15. Debra Deanna Duran (court reporter)
16. Tanya Ward English (court reporter)
17. Daniel Dean Harrington (videographer)
18. Paul B. Diserio (videographer)
19. Bruce Holcombe (official interpreter)
20. Cassandra Elizabeth Ellis (court reporter)
21. Joseph Ellis (videographer)
22. Clinton Conner (attorney)

For Defendants Sony Corp., Sony Corp. of
America, Sony Computer Entertainment Inc.,
Sony Computer Entertainment America Inc.,
Sony Pictures Entertainment Inc., Sony
Electronics Inc. and Sony DADC US Inc.:

1. John Flock (attorney)
2. Philip J. McCabe (attorney)
3. Michelle Carnaiux (attorney)
4. Paul T. Qualey (attorney)
5. Victor J. Castellucci (attorney)
6. Zaed M. Billah (attorney)
7. Shahar Harel (attorney)
8. Lupco Popovski
9. Jennifer Liu
10. Ingrid Leverett