IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CERTICOM CORP. and CERTICOM PATENT HOLDING CORP., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY ELECTRONICS INC. and SONY DADC US INC., <br><br>　　　　Defendants. | Civil Action No. 2-07-CV-216(TJW) |

**CERTICOM'S UNOPPOSED AMENDED APPLICATION FOR COMMISSION TO TAKE ORAL DEPOSITION OF JAPANESE WITNESSES**

NOW COMES Certicom Corp. and Certicom Patent Holding Corp. (collectively, "Certicom"), and pursuant to Article 17 of the Unites States-Japan Consular Convention, requests that the Court issue a Commission for the Taking of Voluntary Oral Depositions of the following listed individuals at the United States Consulate General in Tokyo, Japan, commencing on or about February 2, 2009 and 8:30 a.m. and terminating on or about February 13, 2009 at 5:00 p.m.

  1. Masato Hattori
  2. Satoshi Kitani
  3. Katsumi Muramatsu
  4. Tomoyuki Asano

The attorneys participating for Plaintiffs in the depositions will be from the law firm Ropes & Gray LLP of New York, New York, and attorneys for the Defendants who will participate in said depositions are from the law firm of Kenyon & Kenyon LLP in New York, New York. An amended list of the attendees is attached as Exhibit 1 to this application.

WHEREFORE, ALL PREMISES CONSIDERED, Plaintiffs request that a Commission be issued by the Court pursuant to Article 17 of the United States-Japan Consular Convention.

Respectfully submitted,

Dated: January 14, 2009     ROPES & GRAY LLP

By: *Carl Roth*
Robert C. Morgan (admitted *pro hac vice*)
Laurence S. Rogers (admitted *pro hac vice*)
Khue V. Hoang (admitted *pro hac vice*)
Matthew A. Traupman (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York 10036-8704
Telephone: (212)596-9000
Facsimile: (212)596-9090

James E. Hopenfeld (admitted *pro hac vice*)
One Metro Center
700 12th St., N.W.
Washington, DC 20005
Telephone: (202)508-4600
Facsimile: (202508-4650

THE ROTH LAW FIRM
Carl R. Roth
Texas Bar No. 17312000
Brendan C. Roth
Texas Bar No. 24040132
Amanda A. Abraham
Texas Bar No. 24055077
115 N. Wellington, Suite 200
Marshall, Texas 75670
Telephone: (903)935-1665
Facsimile: (903)935-1797

*Attorneys for Plaintiffs Certicom Corp. and
Certicom Patent Holding Corp.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 14th day of January, 2009. Any other counsel of record will be served by facsimile transmission and/or first class mail.

*/s/ Carl Roth*
Carl R. Roth

**EXHIBIT 1**

List of Attendees for Depositions of Sony Witnesses
United States Consulate General in Tokyo, Japan
Commencing on or about February 2, 2009 at 8:30 am and
Terminating on or about February 13, 2009 at 5:00 pm

For Plaintiffs Certicom Corp. and Certicom Patent Holding Corp.:

1. Robert Morgan (attorney)
2. James Hopenfeld (attorney)
3. Adam Stein (attorney)
4. Hiroyuki Hagiwara (attorney)
5. Khue Hoang (attorney)
6. Kaede Toh (attorney)
7. Matthew Traupman (attorney)
8. Christopher Carroll (attorney)
9. Megan Raymond (attorney)
10. Junko Hirota (attorney)
11. Chris K. Karlof (expert)
12. Jodi Harmon (court reporter)
13. Tracey Spatara Lo Castro (court reporter)
14. Melanie Louise Giamarco (court reporter)
15. Debra Deanna Duran (court reporter)
16. Tanya Ward English (court reporter)
17. Daniel Dean Harrington (videographer)
18. Paul B. Diserio (videographer)
19. Bruce Holcombe (official interpreter)
20. Cassandra Elizabeth Ellis (court reporter)
21. Joseph Ellis (videographer)

For Defendants Sony Corp., Sony Corp. of America, Sony Computer Entertainment Inc., Sony Computer Entertainment America Inc., Sony Pictures Entertainment Inc., Sony Electronics Inc. and Sony DADC US Inc.:

1. John Flock (attorney)
2. Philip J. McCabe (attorney)
3. Michelle Carnaiux.(attorney)
4. Paul T. Qualey (attorney)
5. Victor J. Castellucci (attorney)
6. Zaed M. Billah (attorney)
7. Shahar Harel (attorney)
8. Lupco Popovski (attorney)
9. Jennifer Liu (attorney)
10. Tandy Cy Walker (attorney)
11. Ingrid Leverett (legal)
12. Yoko Yamamoto (check interpreter)