IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF TEXAS MARSHALL DIVISION

| | |
|---|---|
| CERTICOM CORP. and CERTICOM PATENT HOLDING CORP., <br><br> Plaintiff, <br><br> v. <br><br> SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY ELECTRONICS INC. and SONY DADC US INC., <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § Civil Action No. 2-07-CV-216(TJW) |

## **PROPOSED ORDER GRANTING CERTICOM'S UNOPPOSED AMENDED APPLICATION [MOTION] FOR COMMISSION TO TAKE ORAL DEPOSITION OF JAPANESE WITNESSES**

On this day came for consideration Plaintiff's Unopposed Amended Application [Motion] for Commission to Take Oral Deposition of Japanese Witnesses. The Court is of the opinion that the motion should be granted. It is, therefore,

ORDERED that Plaintiff's Unopposed Amended Application [Motion] for Commission to Take Oral Deposition of Japanese Witnesses is GRANTED.

SIGNED this 16th day of January, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE