# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| Certicom Corporation and Certicom Patent Holding Corporation; <br><br> *Plaintiffs*, <br> *v.* <br><br> Sony Corporation, Sony Corporation of America, Sony Computer Entertainment Inc., Sony Computer Entertainment America Inc., Sony Pictures Entertainment Inc., Sony Electronics Inc. and Sony DADC US Inc.; <br><br> *Defendants*. | Civil Action No. 2:07-CV-216-TJW |

## ORDER GRANTING CERTICOM'S UNOPPOSED MOTION FOR LEAVE TO FILE ITS SECOND AMENDED DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS

CAME ON TO BE HEARD THIS DAY Certicom's Unopposed Motion for Leave to serve its Second Amended Disclosure of Asserted Claims and Infringement Contentions upon Defendants in this action. The Court, having considered the unopposed assertions that good cause exists for this amendment, finds that the motion should be granted. It is therefore

ORDERED that Plaintiffs are hereby granted leave to serve its Second Amended Disclosure of Asserted Claims and Infringement Contentions.

SIGNED this 2nd day of February, 2009.

_T. John Ward_
_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE