# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Certicom Corporation and Certicom Patent Holding Corporation; <br><br> *Plaintiffs*, <br><br> v. <br><br> Sony Corporation, Sony Corporation of America, Sony Computer Entertainment Inc., Sony Computer Entertainment America Inc., Sony Pictures Entertainment Inc., Sony Electronics Inc. and Sony DADC US Inc.; <br><br> *Defendants*. | Civil Action No. 2:07-CV-216-TJW |

## ORDER GRANTING JOINT MOTION TO MODIFY
## THE DOCKET CONTROL ORDER

CAME ON THIS DAY for consideration the parties' Joint Motion to Modify the Docket Control Order, and the Court being apprised of the grounds therefor, and being of the opinion that said motion should be GRANTED, it is hereby

ORDERED that the date by which the parties are to exchange preliminary claim constructions and extrinsic evidence in compliance with P.R. 4-2 is extended from February 2, 2009 to February 9, 2009.

SIGNED this 2nd day of February, 2009.

_T. John Ward_
T. JOHN WARD
UNITED STATES DISTRICT JUDGE