# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Certicom Corporation and Certicom Patent Holding Corporation;<br><br>*Plaintiffs*,<br>v.<br><br>Sony Corporation, Sony Corporation of America, Sony Computer Entertainment Inc., Sony Computer Entertainment America Inc., Sony Pictures Entertainment Inc., Sony Electronics Inc. and Sony DADC US Inc.<br><br>*Defendants*. | Civil Action No. 2:07-CV-216-TJW |

## PLAINTIFFS' NOTICE OF COMPLIANCE OF P.R. 3-1

Plaintiffs hereby notify the Court that on February 4, 2009, pursuant to Patent Rule 3-1, the Second Amended Disclosure of Asserted Claims and Infringement Contentions were served on Defendants.

Dated: February 4, 2009

Respectfully submitted,

ROPES & GRAY LLP
Robert C. Morgan
Laurence S. Rogers
Khue V. Hoang
1211 Avenue of the Americas
New York, New York 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Carl Roth* (signature)

THE ROTH LAW FIRM
Carl R. Roth
Texas Bar No. 17312000
Brendan C. Roth
Texas Bar No. 24040132
Amanda A. Abraham
Texas Bar No. 24055077
115 N. Wellington, Suite 200
Marshall, Texas 75670
Telephone: (903) 935-1665
Facsimile: (903) 935-1797

*Attorneys for Plaintiffs Certicom Corp. and Certicom Patent Holding Corp.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 4th day of February, 2009. Any other counsel of record will be served by facsimile transmission and/or first class mail.

*Carl Roth* (signature)

Carl R. Roth