UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE

2-1-4465

FILED-CLERK
U.S. DISTRICT COURT
2009 FEB -4 AM 10: 53
TX EASTERN-MARSHALL
BY _____

1. This application is being made for the following: T. Cy Walker
Case # 2:07cv216
Style: Certicom Corp. et al. vs. Sony Corporation, et al.
2. Applicant is representing the following part(ies):
Sony Corporation, Sony Corporation of America, Sony Computer Entertainment Inc., Sony Computer Entertainment America, Sony Pictures Entertainment Inc., Sony DADC US Inc. and Sony Electronics Inc.
3. Applicant was admitted to practice in __DC__ (state) in 1992 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language) If so, give complete information on a separate page.
7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts: District of Columbia, U.S. Courts of Appeals for the Second, Fifth, and Federal Circuits.
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, T. Cy Walker, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date: January 16, 2009         Signature  _T. Cy Walker_

Name (please print): T. Cy Walker
State Bar Number: DC #434970
Firm Name: Kenyon & Kenyon LLP
Address/P.O. Box: 1500 K Street, NW
City/State/Zip: Washington, DC 20005
Telephone #: (202) 220-4218
Fax #: (202) 220-4201
E-mail Address: cwalker@kenyon.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this ____4____ day of ___Feb___, 2009

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk