IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

|  |  |
|---|---|
| CERTICOM CORP. and CERTICOM PATENT HOLDING CORP., ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No. 2:07-CV-00216-TJW |
| SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY ELECTRONICS INC. and SONY DADC US INC. ) ) ) ) ) ) ) ) ) ) | JURY |
| Defendants. ) | |

## JOINT MOTION TO MODIFY THE DOCKET CONTROL ORDER

Plaintiff Certicom Corporation and Certicom Patent Holding Corporation (collectively, "Certicom") and Defendants Sony Corporation, Sony Corporation of America, Sony Computer Entertainment Inc., Sony Computer Entertainment America Inc., Sony Pictures Entertainment Inc., Sony Electronics Inc. and Sony DADC US Inc. (collectively, "Sony") hereby move to modify the Court's August 18, 2008 Docket Control Order (Dkt. No. 62) to extend the date by which the parties must comply with Patent Rule 4-3.

Pursuant to the Docket Control Order (Dkt. No. 62) entered in this case, the parties would have until March 4, 2009 to complete and file a Joint Claim Construction and Prehearing Statement in compliance with P.R. 4-3. The parties have exchanged proposed terms and claim elements for construction and have exchanged preliminary claim constructions and extrinsic evidence and now seek one additional week to complete the Joint Claim Construction and

3783661_1.DOC

Prehearing Statement.  Accordingly, both parties have agreed to extend the aforementioned deadline to **March 11, 2009**.  This extension will not affect any other dates in the Discovery Order or Docket Control Order.


Dated:  February 27, 2009                             Respectfully submitted,


                By:*/s/ Melvin R. Wilcox, III*
                    Melvin R. Wilcox, III
                    Texas Bar No. 21454800
                    YARBROUGH WILCOX, PLLC
                    100 E. Ferguson, Suite 1015
                    Tyler, TX 75702
                    Tel: (903) 595-1133
                    Fax: (903) 595-0191
                    Email: mrw@yw-lawfirm.com
                    *Attorney for Defendants*

Dated: February 27, 2009                    Respectfully submitted,

                                              By:*/s/ Carl R. Roth* *(by permission Melvin R. Wilcox, III)*
                                                   THE ROTH LAW FIRM
                                                   Carl R. Roth
                                                   Texas Bar No. 17312000
                                                   Brendan C. Roth
                                                   Texas Bar No. 24040132
                                                   Amanda A. Abraham
                                                   Texas Bar No. 24055077
                                                   115 N. Wellington, Suite 200
                                                   Marshall, Texas 75670
                                                   Telephone: (903) 935-1665
                                                   Facsimile: (903) 935-1797

                                                   Robert C. Morgan
                                                   Laurence S. Rogers
                                                   Khue V. Hoang
                                                   ROPES & GRAY LLP
                                                   1211 Avenue of the Americas
                                                   New York, New York 10036-8704
                                                   Telephone: (212) 596-9000
                                                   Facsimile: (212) 596-9090

                                                 *Attorneys for Plaintiffs Certicom Corp. and Certicom Patent Holding Corp.*

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed and/or served electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on February 27, 2009.

                                            */s/ Melvin R. Wilcox, III*
                                            MELVIN R. WILCOX, III