**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| CERTICOM CORP. and CERTICOM PATENT HOLDING CORP., <br><br> Plaintiffs, <br><br> v. <br><br> SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY ELECTRONICS INC. and SONY DADC US INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Civil Action No. 2:07-CV-00216-TJW |

## CERTICOM'S AGREED-TO MOTION TO MODIFY THE DISCOVERY ORDER

By agreement of the parties, Plaintiffs Certicom Corp. and Certicom Patent Holding Corp. (collectively "Certicom") hereby move to modify the Discovery Order to extend the time for the complete computation of any category of damages claimed by any party to the action, as set forth in paragraph 3(c) of the Court's January 22, 2008, Discovery Order be extended from March 2, 2009 to April 2, 2009.

Pursuant to the Discovery Order filed on January 22, 2008, the deadline for the parties to complete computation of any category of damages was January 5, 2009. On November 12, 2008, the Court granted Sony's Agreed-To Motion to Extend Time Relating to Damages Computation from January 5, 2009 to March 2, 2009 (Docket No. 73). There are a large number of documents and other materials relevant to this computation, and the parties have been working diligently together to complete their productions of those materials, but need additional time to

do so.  Accordingly, the parties have agreed to extend the deadline to complete computation of damages to April 2, 2009.  This extension will not affect any other dates in the Discovery Order or Docket Control Order.

Dated:  February 27, 2008

Respectfully submitted,

ROPES & GRAY LLP
Robert C. Morgan
Laurence S. Rogers
Matthew A. Traupman
1211 Avenue of the Americas
New York, New York 10036-8704
Telephone:  (212) 596-9000
Facsimile:  (212) 596-9090

THE ROTH LAW FIRM
Carl R. Roth
Texas Bar No. 17312000
Brendan C. Roth
Texas Bar No. 24040132
Amanda A. Abraham
Texas Bar No. 24055077
115 N. Wellington, Suite 200
Marshall, Texas 75670
Telephone: (903) 935-1665
Facsimile: (903) 935-1797

*Attorneys for Plaintiffs Certicom Corp. and Certicom Patent Holding Corp.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 27TH day of February, 2009.  Any other counsel of record will be served by facsimile transmission and/or first class mail.

Carl R. Roth