**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| CERTICOM CORP. and CERTICOM PATENT HOLDING CORP., <br><br> Plaintiffs, <br><br> v. <br><br> SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY ELECTRONICS INC. and SONY DADC US INC. <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 2:07-CV-00216-TJW <br><br>    JURY |

## JOINT MOTION TO MODIFY THE DOCKET CONTROL ORDER

Plaintiffs Certicom Corporation and Certicom Patent Holding Corporation (collectively, "Certicom") and Defendants Sony Corporation, Sony Corporation of America, Sony Computer Entertainment Inc., Sony Computer Entertainment America Inc., Sony Pictures Entertainment Inc., Sony Electronics Inc. and Sony DADC US Inc. (collectively, "Sony") hereby move to modify the Court's August 18, 2008 Docket Control Order (Dkt. No. 62) to extend the dates set forth below.

Dockets.Justia.com

| Event | Current Date | New Date |
|---|---|---|
| P.R. 4-3. Joint Claim Construction and Prehearing Statement | March 11, 2009 | March 25, 2009 |
| Disclosure of Computation of Damages | April 2, 2009 | April 16, 2009 |
| P.R. 4-5(a) Plaintiffs' Opening Brief | April 2, 2009 | April 16, 2009 |
| Close of Fact Discovery | April 15, 2009 | May 15, 2009 |
| P.R. 4-5(b) Defendants' Responsive Brief | May 2, 2009 | May 12, 2009 |
| P.R. 4-5(c) Plaintiffs' Reply Brief | May 16, 2009 | May 23, 2009 |

This extension will not affect any other dates in the Discovery Order or Docket Control Order.  Consistent with P.R. 4-6, there are more than two weeks between the new deadline for submission of Plaintiffs' reply brief and the claim construction hearing scheduled for June 11, 2009.

Dated:  March 5, 2009                     Respectfully submitted,


By: _/s/ Melvin R. Wilcox, III_
        Melvin R. Wilcox, III
        Texas Bar No. 21454800
        YARBROUGH WILCOX, PLLC
        100 E. Ferguson, Suite 1015
        Tyler, TX 75702
        Tel: (903) 595-1133
        Fax: (903) 595-0191
        Email: mrw@yw-lawfirm.com
        _Attorney for Defendants_

Dated: March 5, 2009                    Respectfully submitted,


By:_/s/ *Carl R. Roth*
        THE ROTH LAW FIRM
        Carl R. Roth
        Texas Bar No. 17312000
        Brendan C. Roth
        Texas Bar No. 24040132
        Amanda A. Abraham
        Texas Bar No. 24055077
        115 N. Wellington, Suite 200
        Marshall, Texas 75670
        Telephone: (903) 935-1665
        Facsimile: (903) 935-1797

        Robert C. Morgan
        Laurence S. Rogers
        Khue V. Hoang
        ROPES & GRAY LLP
        1211 Avenue of the Americas
        New York, New York 10036-8704
        Telephone: (212) 596-9000
        Facsimile: (212) 596-9090

        *Attorneys for Plaintiffs Certicom Corp. and*
        *Certicom Patent Holding Corp.*


## CERTIFICATE OF SERVICE

        The undersigned certifies that the foregoing document was filed and/or served
electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all
counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed.
R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have
consented to electronic service were served with a true and correct copy of the foregoing by
certified mail, return receipt requested, on March 5, 2009.

                        */s/ Melvin R. Wilcox, III*
                        MELVIN R. WILCOX, III