# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CERTICOM CORP. and CERTICOM PATENT HOLDING CORP., )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY ELECTRONICS INC. and SONY DADC US INC. )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants. ) | Civil Action No. 2:07-CV-00216-TJW<br><br>JURY |

## ORDER GRANTING JOINT MOTION TO MODIFY THE DOCKET CONTROL ORDER

CAME ON THIS DAY for consideration the parties' Joint Motion to Modify the Docket Control Order, and the Court being apprised of the grounds therefor, and being of the opinion that said motion should be GRANTED, it is hereby

ORDERED that the date by which the parties are to exchange preliminary claim constructions and extrinsic evidence in compliance with P.R. 4-3 is extended from March 4, 2009 to **March 11, 2009**.

SIGNED this 6th day of March, 2009.

_T. John Ward_
T. JOHN WARD
UNITED STATES DISTRICT JUDGE