# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CERTICOM CORP. and CERTICOM PATENT HOLDING CORP., <br><br> Plaintiffs, <br><br> v. <br><br> SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY ELECTRONICS INC. and SONY DADC US INC. <br><br> Defendants. | Civil Action No. 2:07-CV-00216-TJW |

## ORDER GRANTING CERTICOM'S AGREED-TO MOTION TO MODIFY THE DISCOVERY ORDER TO EXTEND TIME RELATING TO DAMAGES COMPUTATIONS

CAME ON TO BE HEARD THIS DAY for consideration Sony's Agreed-To Motion to Extend Time Relating to Damages Computation. The Court, having considered this motion, finds it well-taken and is hereby GRANTED.

ORDERED that the time for the complete computation of any category of damages claimed by any party to the action, as set forth in paragraph 3(c) of the Court's January 22, 2008 Discovery Order, be extended from March 2, 2009 to April 2, 2009.

SIGNED this 6th day of March, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE