# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

|  |  |
|---|---|
| CERTICOM CORP. and CERTICOM PATENT HOLDING CORP., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) Civil Action No. 2:07-CV-00216-TJW |
| SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY ELECTRONICS INC. and SONY DADC US INC. | )<br>) JURY<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER GRANTING JOINT MOTION TO MODIFY
## THE DOCKET CONTROL ORDER

CAME ON THIS DAY for consideration the parties' Joint Motion to Modify the Docket Control Order, and the Court being apprised of the grounds therefor, and being of the opinion that said motion should be GRANTED, it is hereby

ORDERED that the dates for the following events are extended:

P.R. 4-3. Joint Claim Construction and Prehearing Statement is extended from March 11, 2009 to March 25, 2009;

Disclosure of Computation of Damages is extended from April 2, 2009 to April 16, 2009;

P.R. 4-5(a) Plaintiffs' Opening Brief is extended from April 2, 2009 to April 16, 2009;

Close of Fact Discovery is extended from April 15, 2009 to May 15, 2009;

P.R. 4-5(b) Defendants' Responsive Brief is extended from May 2, 2009 to May 12, 2009; and

P.R. 4-5(c) Plaintiffs' Reply Brief is extended from May 16, 2009 to May 23, 2009.

SIGNED this 6th day of March, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE