# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CERTICOM CORP. and CERTICOM PATEL HOLDING CORP., <br><br> Plaintiffs, <br><br> v. <br><br> SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY ELECTRONICS INC. and SONY DADC US INC., <br><br> Defendants. | Civil Action No. 2-07CV-216 TJW |

## UNOPPOSED MOTION OF ROPES & GRAY LLP
## FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule CV-11(d), Ropes & Gray LLP, Robert C. Morgan, Esquire, Laurence S. Rogers, Esquire, James Hopenfeld, Esquire, Hiroyuki Hagiwara, Esquire, Khue V. Hoang, Esquire, Kaede Toh, Esquire, Matthew A. Traupman, Esquire, Christopher P. Carroll, Esquire, Megan Raymond, Esquire and Brandon Stroy, Esquire (collectively, "Movants"), hereby move this Court for an order permitting them to withdraw as counsel for plaintiffs in this action, Certicom Corp. and Certicom Patent Holding Corp. (collectively, "Certicom"). In support of this request, Movants rely on the Declaration of Robert C. Morgan, filed herewith.

WHEREFORE, Movants respectfully request that this Court grant their motion for leave to withdraw as counsel.

DATED: March 23, 2009	Respectfully submitted,

*/s/ Carl Roth*

Robert C. Morgan (admitted *pro hac vice*)
Laurence S. Rogers (admitted *pro hac vice*)
Hiroyuki Hagiwara (admitted *pro hac vice*)
Khue V. Hoang (admitted *pro hac vice*)
Kaede Toh (admitted *pro hac vice*)
Matthew A. Traupman (admitted *pro hac vice*)
Christopher P. Carroll (admitted *pro hac vice*)
Megan Raymond (admitted *pro hac vice*)
Brandon Stroy (admitted *pro hac vice*)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, New York 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

James E. Hopenfeld (admitted *pro hac vice*)
**ROPES & GRAY LLP**
One Metro Center
700 12th St., N.W.
Washington, DC 20005
Telephone: (202) 508-4600
Facsimile: (202) 508-4650

Carl R. Roth
Texas Bar No. 17312000
Brendan C. Roth
Texas Bar No. 24040132
Amanda A. Abraham
Texas Bar No. 24055077
**THE ROTH LAW FIRM**
115 N. Wellington, Suite 200
Marshall, Texas 75670
Telephone: (903) 935-1665
Facsimile: (903) 935-1797

*Attorneys for Plaintiffs Certicom Corp. and Certicom Patent Holding Corp.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 23rd day of March, 2009. Any other counsel of record will be served by facsimile transmission and/or first class mail.

Carl R. Roth