# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

|   |   |   |
|---|---|---|
| CERTICOM CORP. and CERTICOM PATENT HOLDING CORP., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 2-07CV-216-TJW |
| SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY ELECTRONICS INC. and SONY DADC US INC. | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

AND NOW this 24th day of March, 2009, upon consideration of the Unopposed Motion of Ropes & Gray LLP To Withdraw as Counsel for Plaintiffs, and the Declaration of Robert C. Morgan thereto, it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that the firm of Ropes & Gray is hereby relieved of any further obligation to continue as counsel for plaintiffs in this action.

SIGNED this 24th day of March, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE