# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

|   |   |
|---|---|
| CERTICOM CORP. and CERTICOM PATENT HOLDING CORP., ) ) ) ) Plaintiffs, ) ) v. ) ) SONY CORPORATION, SONY ) CORPORATION OF AMERICA, SONY ) COMPUTER ENTERTAINMENT INC., ) SONY COMPUTER ENTERTAINMENT ) AMERICA INC., SONY PICTURES ) ENTERTAINMENT INC., SONY ) ELECTRONICS INC. and SONY DADC ) US INC. ) ) Defendants. ) | Civil Action No. 2:07-CV-00216-TJW<br><br>JURY |

## JOINT MOTION TO MODIFY THE DOCKET CONTROL ORDER

Plaintiffs Certicom Corporation and Certicom Patent Holding Corporation (collectively, "Certicom") and Defendants Sony Corporation, Sony Corporation of America, Sony Computer Entertainment Inc., Sony Computer Entertainment America Inc., Sony Pictures Entertainment Inc., Sony Electronics Inc. and Sony DADC US Inc. (collectively, "Sony") hereby move to modify the Court's March 6, 2009 Amended Docket Control Order (Dkt. No.102) to extend the due date for P.R. 4-3 Joint Claim Construction and Prehearing Statement to **April 8, 2009**.

This extension will not affect any other dates in the Discovery Order or Docket Control Order.

A proposed Order is attached for the Court's convenience.

Dated:  March 25, 2009                    Respectfully submitted,

By: */s/ Melvin R. Wilcox, III*
   Melvin R. Wilcox, III
   Texas Bar No. 21454800
   YARBROUGH WILCOX, PLLC
   100 E. Ferguson, Suite 1015
   Tyler, TX 75702
   Tel: (903) 595-1133
   Fax: (903) 595-0191
   Email: mrw@yw-lawfirm.com
   *Attorney for Defendants*


By: */s/ Carl R. Roth*
   THE ROTH LAW FIRM
   Carl R. Roth
   Texas Bar No. 17312000
   Brendan C. Roth
   Texas Bar No. 24040132
   Amanda A. Abraham
   Texas Bar No. 24055077
   115 N. Wellington, Suite 200
   Marshall, Texas 75670
   Telephone: (903) 935-1665
   Facsimile: (903) 935-1797

   Robert C. Morgan
   Laurence S. Rogers
   Khue V. Hoang
   ROPES & GRAY LLP
   1211 Avenue of the Americas
   New York, New York 10036-8704
   Telephone: (212) 596-9000
   Facsimile: (212) 596-9090

   *Attorneys for Plaintiffs Certicom Corp. and Certicom Patent Holding Corp.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed and/or served electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on March 25, 2009.

/s/ Melvin R. Wilcox, III
MELVIN R. WILCOX, III