# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

|   |   |
|---|---|
| CERTICOM CORP. and CERTICOM PATENT HOLDING CORP., ) ) ) ) | |
| Plaintiffs, ) ) | |
| v.  ) ) | Civil Action No. 2:07-CV-00216-TJW |
| SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY ELECTRONICS INC. and SONY DADC US INC. ) ) ) ) ) ) ) ) ) ) | JURY |
| Defendants. ) | |

## ORDER GRANTING
## JOINT MOTION TO MODIFY THE DOCKET CONTROL ORDER

CAME ON FOR CONSIDERATION, the parties' Joint Motion to Modify the Court's March 6, 2009 Amended Docket Control Order [#102]. The Court having considered this motion, finds it is well-taken and is hereby GRANTED. It is therefore,

ORDERED that the time for the parties submitting the Joint Claim Construction and Pre-hearing Statement is extended from March 25, 2009 to **April 8, 2009.**

SIGNED this 30th day of March, 2009.

_T. John Ward_
T. JOHN WARD
UNITED STATES DISTRICT JUDGE