## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| CERTICOM CORP. and CERTICOM PATEND HOLDING CORP.,<br><br>        Plaintiffs,<br><br>v.<br><br>SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY ELECTRONICS INC. and SONY DADC US INC.,<br><br>        Defendants. | Civil Action No. 2-07-CV-216(TJW)<br><br>JURY |

### ORDER GRANTING JOINT MOTION TO SUSPEND DATES ON DOCKET CONTROL AND DISCOVERY CONTROL SCHEDULES

CAME ON TO BE HEARD THIS DAY for consideration Joint Motion to Suspend the following deadlines: 1) Compliance with P.R. 4-3, 2) Disclosure of Computation of Damages, 3) Compliance with P.R. 4-5(a), 4) Compliance with P.R. 4-5(b), 5) Close of fact discovery and 6) Compliance with P.R. 4-5(c) and the Court being apprised of the grounds therefore and being of the opinion that said motion should be GRANTED, it is hereby

ORDERED that the aforementioned deadlines on the Docket Control and Discovery Control Schedules be suspended until Plaintiffs retain new lead counsel. Plaintiffs are however ordered to retain new lead counsel no later than thirty (30) days from the date of this order. The parties are directed to meet and confer, and file immediately thereafter, an Amended Docket Control Order retaining the Court's original Jury Selection and Claim Construction Hearing dates.

SIGNED this 13th day of April, 2009.

                                                                         _____
                                                                          T. JOHN WARD
                                                                          UNITED STATES DISTRICT JUDGE