**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CERTICOM CORP. and CERTICOM PATENT HOLDING CORP., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SONY CORPORATION, SONY )<br>CORPORATION OF AMERICA, SONY )<br>COMPUTER ENTERTAINMENT INC., )<br>SONY COMPUTER ENTERTAINMENT )<br>AMERICA INC., SONY PICTURES )<br>ENTERTAINMENT INC., SONY )<br>ELECTRONICS INC. and SONY DADC )<br>US INC. )<br>)<br>Defendants. ) | Civil Action No. 2:07-CV-00216-TJW |

## PLAINTIFFS' UNOPPOSED MOTION TO SUSPEND DOCKET CONTROL ORDER SCHEDULE

Based upon the fact that Plaintiff Certicom was acquired by Research In Motion on March 23, 2009, the Court on April 13, 2009 granted a Joint Motion to Suspend Proceedings [Dkt. No. 108] in this case for a period of thirty (30) days. Research In Motion and Defendant Sony have now reached an agreement in principle which will voluntarily resolve all matters at dispute in this case, and therefore request that the Court extend the suspension of deadlines in this case for an additional fourteen (14) days to provide the time necessary to document their agreement, and submit a motion to dismiss this case from the docket.

WHEREFORE, ALL PREMISES CONSIDERED, Plaintiff Certicom hereby moves for the Court to extend the suspension of deadlines in this case under the existing Docket Control and Discovery orders until May 27, 2009.

1

Dated: May 13, 2009                                Respectfully submitted,

*/s/ Carl Roth*
THE ROTH LAW FIRM
Carl R. Roth
Texas Bar No. 17312000
Brendan C. Roth
Texas Bar No. 24040132
Amanda A. Abraham
Texas Bar No. 24055077
115 N. Wellington, Suite 200
Marshall, Texas 75670
Telephone: (903) 935-1665
Facsimile: (903) 935-1797

*Attorneys for Plaintiffs Certicom Corp. and Certicom Patent Holding Corp.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiff Certicom and the Sony defendants conferred via telephone regarding this motion on May 12th, 2009, and that counsel for the Defendants advised that this motion is not opposed.

*/s/ Carl Roth*
Carl Roth

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 13TH day of May, 2009.  Any other counsel of record will be served by facsimile transmission and/or first class mail.

_____
Carl R. Roth