# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CERTICOM CORP. and CERTICOM PATEND HOLDING CORP., ) ) ) Plaintiffs, ) ) v. ) ) SONY CORPORATION, SONY ) CORPORATION OF AMERICA, SONY ) COMPUTER ENTERTAINMENT INC., ) SONY COMPUTER ENTERTAINMENT ) AMERICA INC., SONY PICTURES ) ENTERTAINMENT INC., SONY ) ELECTRONICS INC. and SONY DADC ) US INC. ) ) Defendants. ) | Civil Action No. 2:07-CV-00216-TJW |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO SUSPEND DOCKET CONTROL AND DISCOVERY ORDER SCHEDULE

CAME ON THIS DAY for consideration Plaintiffs' Unopposed Motion to Suspend deadlines in the existing Docket Control and Discovery orders for a period of fourteen (14) days, the Court of being advised of the grounds therefore being of the opinion that it should be granted, IT IS THEREFORE

ORDERED that all dates and deadlines contained in the Docket Control Order and Discovery Order in this case be suspended, and the parties are directed to file appropriate pleadings terminating this litigation by May 27, 2009.

SIGNED this 15th day of May, 2009.

*/s/ T. John Ward*
T. JOHN WARD
UNITED STATES DISTRICT JUDGE