# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CERTICOM CORP. and CERTICOM PATEND HOLDING CORP., <br><br> Plaintiffs, <br><br> v. <br><br> SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY ELECTRONICS INC. and SONY DADC US INC., <br><br> Defendants. | Civil Action No. 2-07-CV-216(TJW) <br> JURY |

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE

CAME ON TO BE HEARD THIS DAY for consideration Stipulated Motion to Dismiss Without Prejudice and the Court being apprised of the grounds therefore and being of the opinion that said motion should be GRANTED, it is hereby ORDERED that this action be dismissed without prejudice, with all costs of court and attorneys fees to be borne by the party who incurred them.

SIGNED this 27th day of May, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE